# EXHIBIT 1



Consensus Registration Officially Open! Learn More

### CoinDesk

Bitcoin ▼ $25,857.87 -0.06%   Ethereum ▼ $1,633.11 -0.17%   Binance Coin ▼ $214.49 -0.10%   XRP ▲ $0.50545192 +0.60%   Dogecoin ▲

Crypto Prices →   CoinDesk Market Index →

Policy

# SEC's Binance.US Probe Started in 2020, Court Filings Show

The securities regulator detailed evidence of hundreds of millions of dollars in profiteering by the crypto exchange as it seeks to freeze company assets.

By Jack Schickler

Jun 7, 2023 at 12:44 a.m. PDT





STATE OF CRYPTO
POLICY AND REGULATION
by CoinDesk

Drive the Crypto Policy Conversation

October 24, 2023 • Convene • Washington D.C.

Where the industry establishes the digital economy's legal, regulatory and compliance best practices for the future.

**Register Now**

The U.S. Securities and Exchange Commission (SEC) has been investigating Binance.US since at least 2020, court filings published late Tuesday show.

In the filings, the regulator detailed evidence hundreds of millions of dollars in profiteering by the crypto exchange.

The SEC on Monday sued Binance's U.S. and global entities, alongside its CEO Changpeng "CZ" Zhao, alleging that they had operated unregistered securities exchange by allowing people to trade crypto. The regulator has since sought to freeze Binance.US assets.

ADVERTISEMENT



The agency internally ordered the investigation and designated officials to take testimony on August 17, 2020, said a court filing by SEC lawyer Colby Steele.

"The investigation concerned, among other things, possible violations of the federal securities laws by BAM Trading Services Inc," Steele said, citing the company which does business as Binance.US.

A further filing by SEC accountant Sachin Verma said BAM Trading had generated $411 million in revenue for a period covering slightly over four years, a period in which he also calculated $225 million in gross profit. As it is not listed on a stock market the company has usually maintained relative secrecy over its financial affairs.



In a statement tweeted on Monday, Binance.US said it had engaged with the SEC in good faith for nearly two and a half years, but added that the lawsuit was "baseless… unjustified by the facts, by the law, or by the Commission's own precedent."

Read more: One-Two Punch Finally Registers SEC View on Binance, Coinbase, Rest of Crypto

*Edited by Parikshit Mishra.*

STORY CONTINUES BELOW

**Recommended for you:**

- Ethereum's Shanghai Upgrade Will Permanently Alter ETH Economics
- Grayscale Ethereum Trust Discount Drops to Lowest in a Year Amid Spot Ether ETF Push
- Winklevoss Twins Lent Their Crypto Platform Gemini $100M: Bloomberg

Newsletter →  |  Every Tuesday

# State of Crypto

Sign up for State of Crypto, our weekly newsletter examining the intersection of cryptocurrency and government

Enter your Email                                                                 Sign Up

*By clicking 'Sign Up', you agree to receive newsletter from CoinDesk as well as other partner o*

**DISCLOSURE**

*Please note that our privacy policy, terms of use, cookies, and do not sell my personal information*

*The leader in news and information on cryptocurrency, digital assets and the future of money, Coin* *and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of*

startups*. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of *stock appreciation rights*, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.*



**Jack Schickler**

Jack Schickler is a CoinDesk reporter focused on crypto regulations, based in Brussels, Belgium. He doesn't own any crypto.

Follow @jackschickler on Twitter

Learn more about **Consensus 2024**, CoinDesk's longest-running and most influential event that brings together all sides of crypto, blockchain and Web3. Head to **consensus.coindesk.com** to register and buy your pass now.

## Read more about

Regulations   SEC   US   Binance   Binance US   Changpeng "CZ" Zhao

Changpeng Zhao

## For You

Recommended by Outbrain



**Men Over 40: No More Blue Pills (Watch)**
Boostaro



**A Game Where Everything is Possible**
BuzzDaily Winners



**New AI Breakthrough Soon to Deliver An...**
Wall Street Premier



**New Electric Cars Cost Almost Nothing (Take ...**
New EV Deals | Search Ads

## CoinDesk

### About

About
Masthead
Contributors
Careers
Company News

### Stay Updated

Events
CoinDesk
Newsletters
Follow

## Get In Touch

Contact Us

Advertise

Accessibility Help

Sitemap

## The Fine Print

Ethics Policy

Privacy

Terms Of Use

Update My Cookie Consent

Do Not Sell My Personal Information

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

©2023 CoinDesk

English

