# EXHIBIT 3

CELEBRITIES

# Crypto war: Sam Bankman-Fried's feud with Changpeng Zhao explained – the ex-FTX CEO's fallout with the Binance tycoon caused a multibillion-dollar crisis and has seen his net worth drop by 94 per cent

**STORY** AGENCIES

Nov 17, 2022

Luxury    Fashion    Beauty    People    Lifestyle

We use cookies to tailor your experience and present relevant ads. By clicking "**Accept**", you agree that cookies can be placed per our Privacy Policy.

ACCEPT



*In a clash between FTX's Sam Bankman-Fried and Binance's CEO Changpeng Zhao, Zhao won – but "SBF" doesn't seem as bothered as you'd think. Photos: AFP, Bloomberg*

**DIGITAL CURRENCIES**  + FOLLOW

Luxury   Fashion   Beauty   People   Lifestyle

We use cookies to tailor your experience and present relevant ads. By clicking "**Accept**", you agree that cookies can be placed per our Privacy Policy.

*+ Binance CEO Changpeng Zhao lost patience with Sam Bankman-Fried's lobbying in Washington DC and, after selling all of FTX's cryptocurrency, sparked the company's bankruptcy*

*+ Bankman-Fried, known for enjoying beanbag power naps in his office, now faces a slew of investigations into misuse of customer funds – but said 'it could be worse'*

Advertisement

Sam Bankman-Fried regrets the feud that may have cost him his crypto empire.

The former FTX CEO said that criticising Binance CEO Changpeng Zhao, known as "CZ", "was not a good strategic move on my part", in an interview with The New York Times on Sunday, November 13.

The clash between the two is key to understanding one of the most dramatic collapses ever in the crypto world. Let's take a closer look.

We use cookies to tailor your experience and present relevant ads. By clicking "**Accept**", you agree that cookies can be placed per our Privacy Policy.

Luxury   Fashion   Beauty   People   Lifestyle

# How the feud between Changpeng Zhao and Sam Bankman-Fried started



Binance's Changpeng Zhao was not a fan of Sam Bankman-Fried's constant lobbying for regulation of their industry. Photo: Reuters

Zhao and Bankman-Fried started friendly: Binance, a rival cryptocurrency exchange, invested in FTX in 2019. However, the relationship soured when Bankman-Fried, 30, pushed for regulation of the crypto industry, something Zhao, 45, opposes.








### How the feud between Changpeng Zhao and Sam Bankman-Fried started







### Their fallout caused a multibillion-dollar crisis







**Bankman-Fried's not too bothered ...**



**... but FTX executives are facing several investigations**



/ READ MORE /

Luxury   Fashion   Beauty   People   Lifestyle

STYLE STORIES

We use cookies to tailor your experience and present relevant ads. By clicking "**Accept**", you agree that cookies can be placed per our Privacy Policy.