# EXHIBIT 4

Permissionless II is Coming to Austin this September | Register

# Blockworks

.79% | AVAX 13.20 **0.81%** | AAVE 69.41 **-0.84%** | COMP 66.06 **5.87%** | UNI 5.79 **-0.56%** | S&P 500 4567.46 **0.28%** | GOLD 1964.00

HOME  >  NEWS  >  MARKETS

# Binance Market Share Only Goes Up After FTX

Despite US regulators gobbling its branded stablecoin, Binance still handles more volume than any other crypto exchange

BY SEBASTIAN SINCLAIR  /  MARCH 9, 2023 03:58 AM



Binance CEO Changpeng Zhao | Blockworks exclusive art by Axel Rangel

SHARE

Binance makes up more of the crypto derivatives market than ever, thanks to a four-month hot streak following the collapse of rival FTX.

Binance was responsible for 61.8% of global spot trade last month, up 2.4%, after it recorded $540 billion in total volume, according to a report by CryptoCompare.

Spot volumes for Coinbase, Bitfinex and Bitstamp all saw a monthly decline in February.

Binance also topped derivatives volumes with 63% — its highest market share on record. The exchange clocked $1.32 trillion in derivatives volumes in February, up more than 5% on January's figures, and now far ahead of Bybit and OKX.

All while Binance suffers what could be the beginning of the end for its branded stablecoin BUSD. The SEC issued its issuer Paxos a Wells Notice last month, effectively flagging intent to sue over potential securities law violations.

New York-headquartered Paxos quickly announced it would stop minting new tokens. Customers have since redeemed billions in BUSD for cash.

Still, BUSD remains the second-most used stablecoin or fiat pair across centralized exchanges, with 23.1%, per CryptoCompare. Tether's USDT is far ahead with 72%.



Derivatives volumes are still mostly green (which means Binance) | source

"USDT proved to be the largest winner [of the Paxos situation] as its BTC trading volumes in February rose 6.66% to 11.2 million BTC month-on-month," CryptoCompare said.

Both BUSD and USDC, on the other hand, saw declines in their BTC trading volumes.

Spot markets overall have witnessed an increase in trading activity in recent months, spurred by comparatively cheap crypto prices. More favorable macro conditions have also helped, CryptoCompare said, especially compared to this time last year.

In February, total spot trading volumes increased 10% to $946 billion, the second consecutive month of rising volumes. But they remain at "historically low levels."

**Get the day's top crypto news and insights delivered to your email every evening.** Subscribe to Blockworks' free newsletter **now.**

**Want alpha sent directly to your inbox? Get degen trade ideas, governance updates, token performance, can't-miss tweets and more from** Blockworks Research's Daily Debrief**.**

**Can't wait? Get our news the fastest way possible.** Join us on Telegram **and follow us on** Google News**.**

TAGS

NEWSLETTER

## Blockworks Daily

Email address                               SUBSCRIBE

UPCOMING EVENT

## Permissionless II Hackathon

🗓 SAT - SUN, SEPT. 9 - 10, 2023

Permissionless year one was an overwhelming success, but we felt something was missing. This year, we wanted to create a space for web2 and web3 developers to come together and build on the protocols that make up the backbone of our [...]

**JOIN US IN AUSTIN, TEXAS →**

UPCOMING EVENT

## Digital Asset Summit 2024 | Washington, D.C.

🗓 MON - WED, MARCH 18 - 20, 2024

Digital Asset Summit (DAS) is returning March 2024. This year's event will be held in our nation's capital, where industry leaders, policymakers, and institutional experts will come together to discuss the latest developments and challenges in the ever-evolving world of cryptocurrency. [...]

**JOIN US IN WASHINGTON, D.C. →   BUY TICKETS →**

UPCOMING EVENT

## Permissionless II

🗓 MON - WED, SEPT. 11 - 13, 2023

Permissionless II is the world's largest DeFi event. Join 7000+ crypto enthusiasts and builders September 11-13th in Austin, TX. This 3 day experience is filled with keynotes from Web3 leaders and thoughtfully curated panels, networking events, unforgettable parties, activations, and so [...]

**JOIN US IN AUSTIN, TEXAS →**

## RECENT RESEARCH



RESEARCH

### Sommelier Finance: YieldGPT

Sommelier is a decentralized asset management PoS appchain built with the Cosmos SDK that provides strategists with the tools required to deploy dynamic yield strategies.

BY **EFFORTCAPITAL** / 6 DAYS AGO

## NEWS

**MORE FROM NEWS →**





DEFI

### 'Blast radius' of new users joining Solana DeFi for the points, liquidity is 'snowballing'

The purpose of point systems is to bootstrap activity, but it's also important to consider the long-term effects of such an incentive structure

BY **DARREN KLEINE** / JULY 20, 2023



DEFI

### Ethereum rivals are 'dead on arrival,' says Cumberland's Van Bourg

"What computational ability is possible on Solana that isn't possible on Arbitrum or Optimism at this point?" Jonah Van Bourg asks

BY **DARREN KLEINE** / JULY 20, 2023



POLICY

### SEC in hot water after Ripple ruling, former agency attorney says

Although other federal district judges are not obligated to follow Judge Torres' ruling, the opinion should still hold weight, Christian Schultz said

BY **CASEY WAGNER** / JULY 20, 2023



PEOPLE

### Stop worrying about Gensler's crypto crusade and focus on bitcoin: Novogratz

Galaxy Digital's CEO joined CNBC's Squawk Box Thursday morning to discuss the artificial intelligence bubble, government spending and the state of crypto regulation in the US

BY **JAMES CIRRONE** / JULY 20, 2023



POLICY



FINANCE

### Crypto industry is 'afraid to celebrate' Ripple's 'giant win' over the SEC

"Right now, what we have is a decision from a federal district court that says the law is what the industry has been saying the law is for years"

BY **DARREN KLEINE**  /  JULY 20, 2023

### Eaglebrook CEO: Bitcoin ETF would send crypto SMAs 'into hyperdrive'

Some advisors would "dip their toes" into crypto via a bitcoin ETF, if approved, before moving on to multi-asset, risk-managed strategies found in the SMA wrapper, execs predict

BY **BEN STRACK**  /  JULY 20, 2023

---

**NEWSLETTER**

# Blockworks Daily Newsletter

Get the daily newsletter that helps thousands of investors understand the markets.

| Email address | **SUBSCRIBE** |

---

**BLOCKWORKS RESEARCH**

# Unlock crypto's most powerful research platform.

Our research packs a punch and gives you actionable takeaways for each topic.

**SUBSCRIBE →**     **GET IN TOUCH →**

---

**SECTIONS**

NEWS
PODCASTS
NEWSLETTER
EVENTS
WEBINARS
RESEARCH
SITEMAP

**COMPANY**

ABOUT
ADVERTISE
CAREERS
TRUST & ETHICS
PRIVACY POLICY
CONTACT US

---



© BLOCKWORKS INC.

133 W 19TH ST., NEW YORK, NY 10011

