# EXHIBIT 5



The Free Encyclopedia

# FTX



___

**FTX Trading Ltd.**, commonly known as **FTX** (short for "Futures Exchange"),[5] is a bankrupt company that formerly operated a cryptocurrency exchange and crypto hedge fund.[6][7] The exchange was founded in 2019 by Sam Bankman-Fried and Gary Wang and, at its peak in July 2021, had over one million users and was the third-largest cryptocurrency exchange by volume.[8][9] FTX is incorporated in Antigua and Barbuda and headquartered in the Bahamas.[10] FTX is closely associated with **FTX.US**, a separate exchange available to US residents.[11]

Since November 11, 2022, FTX has been in Chapter 11 bankruptcy proceedings in the US court system.[12][13][14][15] Public concern began when a November 2022 *CoinDesk* article stated that FTX's partner firm Alameda Research held a significant portion of its assets in FTX's native token (FTT).[16][17] Following this revelation, rival exchange Binance's CEO Changpeng Zhao announced that Binance would sell its holdings of the token, which was quickly followed by a spike in customer withdrawals from FTX.[18] FTX was unable to meet the demand for customer withdrawals.[19] Binance signed a letter of intent to acquire the firm, with due diligence to follow, to ensure that customers could recover their assets from FTX in a timely manner, but Binance withdrew its offer the next day, citing reports of mishandled customer funds and U.S. agency investigations.[20] On December 12, 2022, founder Sam Bankman-Fried was arrested by the Bahamian authorities for financial offences, at the request of the US government.[21]

The current CEO of FTX is John J. Ray III, who specializes in recovering funds from failed corporations. Speaking of its previous management, Ray stated: "Never in my career have I seen such a complete failure of corporate controls and such a complete absence of trustworthy financial information as occurred here." He added that "this situation is unprecedented."

### FTX Trading Ltd.

| | |
|---|---|
| **Type** | Private |
| **Industry** | Cryptocurrency |
| **Founded** | May 2019 |
| **Founders** | Sam Bankman-Fried<br>Gary Wang[1] |
| **Fate** | Chapter 11 bankruptcy |
| **Headquarters** | Nassau, New Providence, The Bahamas |
| **Key people** | John J. Ray III, CEO[2] |
| **Products** | Cryptocurrency exchange · cryptocurrencies |
| **Revenue** | ▲ US$1.02 billion (2021)[3] |
| **Operating income** | ▲ US$272 million (2021)[3] |
| **Net income** | ▲ US$388 million (2021)[3] |
| **Number of employees** | c. 300 (2022)[4] |

## History

Sam Bankman-Fried and Zixiao "Gary" Wang[22] founded FTX in May 2019.[23] FTX began within Alameda Research, a trading firm founded by Bankman-Fried, Caroline Ellison, and other former employees of Jane Street in 2017, in Berkeley, California.[5][24][25] FTX is an abbreviation of "Futures Exchange".[5] Changpeng Zhao of Binance purchased a 20% stake in FTX for approximately $100 million, six months after Bankman-Fried and Wang started the firm.[26]

In August 2020, FTX acquired Blockfolio, a cryptocurrency portfolio tracking app, for $150 million.[27] In July 2021, the venture raised $900 million at an $18 billion valuation from over 60 investors, including Softbank, Sequoia Capital, and other firms.[28][29] Bankman-Fried bought out Zhao's stake for approximately $2 billion.[26] In September of that year, FTX moved its headquarters from Hong Kong to The Bahamas.[30]



FTX founder Sam Bankman-Fried

On January 14, 2022, FTX announced a $2 billion venture fund named FTX Ventures,[31] raising $400 million in Series C funding at a $32 billion valuation that month.[32] The FTX Ventures website went offline in November 2022.[33] On February 11, 2022, FTX.US announced that the company would soon begin offering stock trading to its US customers.[34]

In February 2022, it was reported that FTX was creating a gaming division that would help developers add cryptocurrency, NFTs, and other blockchain-related assets into video games.[35]

In July 2022, FTX finalized a deal giving it the option to buy BlockFi for about $240 million. The deal included a $400 million credit facility for BlockFi.[36][37]

In August 2022, the Federal Deposit Insurance Corporation (FDIC) issued a cease-and-desist order to FTX for making "false and misleading representations" about deposits being covered by FDIC insurance following FTX president Brett Harrison's tweet implying otherwise.[38] Following the regulatory action, Harrison deleted the tweet and Bankman-Fried clarified in another tweet that FTX deposits are not insured by the FDIC.[39]

On September 26, 2022, FTX.US won its bid at auction for the digital assets of bankrupt crypto brokerage Voyager Digital. The value of the deal was approximately $1.42 billion, including $1.31 billion in Voyager-held cryptocurrency and $111 million in additional consideration. The deal was subject to approval by bankruptcy courts and Voyager's creditors.[40] Following the FTX bankruptcy, in December 2022, the US subsidiary of Binance won the bid to buy the assets of Voyager for approximately $1 billion.[41]

On September 27, 2022, FTX.US President Brett Harrison announced he would be stepping down from an active role at the exchange but would stay on in an advisory capacity. The company did not immediately announce a replacement for Harrison, who had been FTX.US president since May 2021.[42]

In October 2022, it was reported that FTX was under investigation in Texas for allegedly selling unregistered securities.[43]

In August 2023, it was reported that the company plans to restart offering cryptocurrency trading services after a restructuring of the bankrupt company is completed[44]

# November 2022 crisis and bankruptcy

## Background: FTX and Alameda, Binance, and *CoinDesk* report

In September 2022, Bloomberg reported on the close relationship between Alameda Research and FTX. Bloomberg noted that Alameda had functioned as a market maker for FTX early in the exchange's history, and that the trading firm remained, in June and July 2022, the biggest known depositor of stable coins on FTX.[45] Bloomberg further stated that the regulatory oversight which applies to companies operating in traditional equities markets would have prohibited the relationship between the two firms were it applicable.[45] Alameda's trading on FTX meant the trading firm was potentially in a position to gain financially when others lost money on the exchange.[46] Bankman-Fried, at points, defended FTX's use of Alameda as a liquidity provider.[46]

According to John J. Ray III, Alameda had a "secret exemption" from FTX's auto-liquidation protocol.[47] Later, the existence of such an undisclosed beneficial relationship was described by Ray, the new CEO of FTX, as a "complete failure of corporate controls"[48] and indicated gross mismanagement.[47] Between early 2021 and March 2022, Alameda Research amassed crypto tokens ahead of FTX announcing the decision to list them for trading.[49]

According to anonymous sources cited by *The Wall Street Journal,* FTX had lent $10 billion of its customers' assets to Alameda Research in 2022.[50] Alameda CEO Caroline Ellison disclosed to other Alameda employees that she, Sam Bankman-Fried, Gary Wang, and Nishad Singh knew about that decision.[51] An anonymous source cited by the *New York Times* said the same.[52] According to the sources cited by *The Wall Street Journal*, Ellison said the funds were used in part to pay back loans Alameda had taken to make investments.[51] Ray said that FTX used software to conceal the misuse of customer funds.[47][48][53]

Several months after Bloomberg's initial report on the relationship between the two firms, on November 2, 2022, *CoinDesk* reported that a significant portion of Alameda Research's assets were held in FTT, the exchange token issued by FTX. It said that there were $5.1 billion worth of FTT tokens in circulation, and that Alameda's balance sheet held $3.66 billion of "unlocked FTT", $2.16 billion of "FTT collateral", and $292 million of "locked FTT".[16] In the weeks immediately preceding the publication of the story by *CoinDesk*, Bankman-Fried was characterized by anonymous sources cited by Bloomberg as "desperately" attempting to raise money for FTX.[54] Additionally, Bankman-

### FTX Token

| Denominations | |
| --- | --- |
| Code | FTT |
| **Development** | |
| White paper | FTT Whitepaper (https://docs.google.com/document/d/1u5MOkENoWP8PGcjuoKqRkNP5GI1LLRB9JvAHwffQ7ec/edit) |
| Initial release | May 5, 2019 |

Fried had been publicly "dueling" with Changpeng Zhao on Twitter in the months preceding the *CoinDesk* article, in part due to disagreements stemming from their differing views on regulation of cryptocurrency.[55]

## Crisis begins: Binance FTT sale, sell-off, and withdrawn rescue bid

Several days after the publication of the *CoinDesk* article, on November 6, Binance CEO Changpeng Zhao said on Twitter that his firm intended to sell all its holdings of FTT.[56] Binance had received FTT from FTX in 2021 during a transaction in which FTX bought back Binance's equity stake in FTX.[57] Zhao cited "recent revelations that came to light" as the motivation for selling FTT.[57] *Bloomberg* and *TechCrunch* reported that any sale by Binance would likely have an outsized impact on FTT's price, given the token's low trading volume.[58][59] The announcement by Zhao of the pending sale and disputes between Zhao and Bankman-Fried on Twitter led to a decline in the price of FTT and other cryptocurrencies,[60] resulting in a three-day depositor selloff, like a bank run, of an estimated $6 billion that sent FTX into crisis.[61] On November 8, Zhao announced Binance had entered into a non-binding agreement to purchase FTX due to what he referred to as a "liquidity crisis" at FTX.[62][63] The deal did not include the sale of FTX.US.[62] Zhao announced on Twitter that the company would complete due diligence soon, adding that all cryptocurrency exchanges should avoid using FTT tokens as collateral.[64][65] He also wrote that he expected FTT to be "highly volatile in the coming days as things develop". On the day of that announcement, FTT price dropped by 80 percent, erasing $2 billion in value.[66]

On November 9, Bloomberg called the acquisition of FTX by Binance "unlikely" due to the poor state of FTX's finances.[67] Bloomberg also reported that the United States Securities and Exchange Commission and Commodity Futures Trading Commission were investigating the nature of FTX's connections to Bankman-Fried's other holdings and its handling of client funds.[68] Later that day, the *Wall Street Journal* reported that Binance would not move forward with the deal to acquire FTX.[69] Binance cited FTX's reported mishandling of customer funds and pending investigations of FTX as the reasons for not pursuing the deal.[70] Bankman-Fried said in a Slack message that FTX had learned through the press about Binance's concern and decision.[69]

On November 9, FTX's website said that it was not processing withdrawals at that time.[61] Bankman-Fried said that although the firm's assets were worth more than its clients' deposits, it would need funds from outside to meet demand for withdrawals due to a lack of liquidity.[71][72] Bankman-Fried stated on November 9 that FTX.US, as a separate company, was "not currently impacted" by the crisis.[73]

## Bankruptcy and unauthorized transactions

On November 10, *Axios* cited anonymous sources who said that FTX approached Kraken for a potential rescue deal.[74] Bankman-Fried made several statements on November 10, taking responsibility for FTX's failure and indicating that FTX was still seeking capital to remain solvent.[75] Bankman-Fried also announced that Alameda Research would cease trading and end operations.[76] FTX's in-house legal and compliance teams had, for the most part, resigned by November 10.[77][78] Anonymous sources cited by the *Wall Street Journal* on November 10 said that Alameda Research owed FTX some $10 billion, as FTX had lent funds placed on the exchange for trading to Alameda so that Alameda could make investments with the money.[50] On November 12, anonymous sources cited by the *Wall Street Journal* said Alameda CEO Caroline Ellison disclosed to other Alameda employees

that she, Sam Bankman-Fried, Gary Wang, and Nishad Singh knew that client deposits were transferred from FTX to Alameda.[51] An anonymous source cited by the *New York Times* on November 14 said the same.[52] According to the sources cited by *The Wall Street Journal*, Ellison said the funds were used in part to pay back loans Alameda had taken to make investments.[51]

Though Bankman-Fried, on November 10, wrote on Twitter that FTX's US customers did not have reason to worry, employees began attempting to sell assets belonging to the firm on the same day.[79] These assets include stock-clearing company Embed Financial Technologies and the naming rights to FTX Arena.[79]

On November 10, the Securities Commission of the Bahamas froze the assets of one of FTX's subsidiaries, FTX Digital Markets Ltd, "and related parties", and provisionally appointed an attorney as liquidator.[80][81] Japan's Financial Services Agency ordered FTX Japan to suspend some operations.[82][83] The company's Australian subsidiary was placed under administration.[82]

On November 10, the team running the FTX Future Fund, an ostensibly charitable group bankrolled by Bankman-Fried, announced that they had resigned earlier that day.[12] Future Fund had committed $160 million in charitable grants and investments by September 1 of that year.[84] Crypto lender BlockFi, which was affiliated with FTX, announced on November 10 that it was suspending operations as a result of FTX's collapse.[12]

On November 11, FTX, FTX.US, Alameda Research, and more than 100 affiliates filed for bankruptcy in Delaware.[14][12][15] Anonymous sources cited by the *New York Times* said that the exchange owed as much as $8 billion.[12] Bankman-Fried resigned as CEO and was replaced by John J. Ray III, a corporate restructuring specialist who'd previously overseen the liquidation of Enron.[14][15][85]

Late on November 11, over $473 million in funds were siphoned from FTX through what Ryne Miller, FTX US's general counsel, characterized as "unauthorized transactions".[86] Miller announced that FTX and FTX US intended to move remaining funds denominated in cryptocurrency to offline "cold storage" for security.[86] The funds taken from FTX were mostly stablecoins such as Tether, and were quickly exchanged for Ether, a method used by cryptocurrency thieves to thwart attempts to retrieve stolen funds.[87] A person speaking on behalf of FTX referred to the "unauthorized transactions" as a "hack" and encouraged users to delete FTX mobile apps as they were compromised.[88] Kraken has since offered to assist in identifying the perpetrator.[89]

As of November 12, Bankman-Fried told Reuters that he was still in the Bahamas,[90] though other high-ranking FTX employees had begun leaving for Hong Kong, the location of the company's former headquarters, or other locations.[88] Authorities in the Bahamas, including the Royal Bahamas Police Force, questioned Bankman-Fried on November 12.[91] Despite FTX's bankruptcy, Bankman-Fried continued to attempt to raise money for the firm during the weekend of November 12 and 13.[92]

On November 14, Kraken's chief security officer said on Twitter that the firm knew "the identity" of a user who paid transaction fees associated with moving the stolen money through their Kraken account.[93] In an interview with Kelsey Piper published November 16 by *Vox*, Bankman-Fried blamed an "ex-employee" or malware on a device owned by an ex-employee for the theft.[94]

According to anonymous sources cited by Reuters, between $1 billion and $2 billion in customer funds could not be accounted for as of November 12.[95][96] The *Financial Times* reported that FTX's balance sheet shortly before the bankruptcy showed $9 billion in liabilities, with $900 million in

liquid assets, $5 billion in "less liquid" assets, and $3.2 billion in illiquid private equity investments.[97]

Bankman-Fried began publishing "cryptic" messages in sequence on Twitter on November 14.[98] As of November 15, the messages all read "What HAPPENED".[98]

On November 15, FTX sought to raise $10 billion in liquidity from investors.[99]

On November 16, the Bahamas unit of FTX, FTX Digital Markets, officially filed for Chapter 15 bankruptcy protection in the United States.[100]

On November 17, John J. Ray III, the CEO brought in as a liquidator, stated in a sworn declaration submitted in bankruptcy court that, according to FTX's records, its subsidiary Alameda Research had on September 30 lent $1 billion to Bankman-Fried and more than $500 million to FTX co-founder Nishad Singh.[101] Ray, having been involved in the bankruptcies of Enron, Residential Capital, Nortel and Overseas Shipholding, stated, "Never in my career have I seen such a complete failure of corporate controls and such a complete absence of trustworthy financial information as occurred here. From compromised systems integrity and faulty regulatory oversight abroad, to the concentration of control in the hands of a very small group of inexperienced, unsophisticated and potentially compromised individuals, this situation is unprecedented."[102][103] Speaking to the House Committee on Financial Services, he testified that "literally, there's no record-keeping whatsoever" and that the company used for its accounting needs QuickBooks, a small-business accounting tool, despite handling "billions of dollars."[104]

## Widening impact and contagion fears

The exchange token of Crypto.com, Cronos, lost approximately $1 billion in value in November,[105] a decline attributed in part due to the collapse of FTX and in part due to reporting that Crypto.com had accidentally sent $400 million of Ether to another exchange.[50][51] On November 14, Crypto.com's CEO assured users that the exchange was functioning as normal.[105] Commenters and customers remained fearful that Crypto.com could experience a collapse similar to FTX.[106]

BlockFi, a cryptocurrency lender, was reportedly taking steps to file for bankruptcy as of November 15.[107] The firm had earlier begun preventing withdrawals.[107] The company disclosed "significant exposure" to FTX on November 14.[107] Another cryptocurrency lender, Genesis, a subsidiary of Digital Currency Group, halted withdrawals on November 16.[108] This halt caused Gemini, an exchange owned by the Winklevoss twins, to cease allowing redemptions for clients using a service provided through a partnership with Genesis.[109] Another Digital Currency Group subsidiary, Grayscale, saw the value of its flagship offering, the publicly traded Grayscale Bitcoin Trust, decline by 20% over the two weeks preceding November 17.[110] Grayscale Bitcoin Trust was trading at a discounted price, 42% below the value of its Bitcoin, as of November 14.[111]

Concerns have also been raised about Silvergate Bank, as FTX was a depositor and could have also been a source of credit exposure. Silvergate has said that it has ample liquidity and no loan exposure to FTX. These concerns have been magnified due to Silvergate's key role as a gateway between its cryptocurrency clients and the wider financial world.[112][113]

## Responses and effects

### Effects on investors

Institutional investors that stand to lose money due to their stakes in FTX include Tiger Global Management, the Ontario Teachers' Pension Plan, SoftBank Group, BlackRock, Lightspeed Venture Partners, Temasek, and Sequoia Capital.[114][115][116][117][118] Sequoia Capital wrote down its equity in FTX to $0 on November 9, losing some $214 million.[119] Sequoia released a notice to investors, also published on Twitter, assuring them the firm's stake in FTX represented a small amount of its overall portfolio,[120] and replaced a profile of Bankman-Fried published on the firm's website with a link to the same notice.[121][122][123] The Ontario Teachers' Pension Plan released a similar statement.[124] Temasek later wrote down its investment on November 16.[125] Several public figures also invested in FTX or received compensation for promoting the company.[126] These include football player Tom Brady, basketball players Shaquille O'Neal and Stephen Curry, model Gisele Bundchen, and businessman Kevin O'Leary.[126]

Gisele Bündchen was also appointed the ESG advisor for the cryptocurrency platform. After its bankruptcy, investors sued her for her involvement and accused her of participating in FTX's alleged scheme to take advantage of unsophisticated investors.[127]

Anthony Scaramucci, founder of SkyBridge Capital, announced the firm was attempting to buy back a 30% stake in the business owned by FTX.[128]

### Effects on other cryptocurrency firms and cryptocurrency markets

Cryptocurrency investment firms with assets still held on FTX after its bankruptcy include Galois Capital and Galaxy Digital.[129]

Cryptocurrencies experienced swings and declines in value as news of FTX's collapse first emerged in early November: Tether dropped below its peg price of $1.00 to $0.97[130] and Bitcoin sank to its lowest price in two years.[15] Share prices for publicly traded cryptocurrency companies declined.[131] The price of Solana, which was affiliated with Bankman-Fried, declined as well.[132] The crisis at FTX has inspired an increase in withdrawals from other exchanges.[133] A decline in the value of Cronos, the token of exchange Crypto.com, triggered fears of the potential for a collapse similar to that of FTX and spurred withdrawals from the platform.[106] CEO Kris Marszalek provided assurances that the firm was liquid and that it did not use Cronos in a manner similar to the way FTX used FTT.[106] Bloomberg reported that the collapse of FTX exacerbated institutional skepticism of cryptocurrencies as an asset class.[134]

In December, it emerged that FTX had secretly invested in *The Block*, a cryptocurrency news firm, and to fund an LLC its CEO Michael McCaffrey used to buy an apartment. Its staff said they had no knowledge of the investments. McCaffrey then resigned.[135]

### Responses and commentary

Investment manager and short selling specialist Jim Chanos predicted in November 2022 the collapse of FTX would lead to "increased scrutiny and regulation" over cryptocurrencies. Chanos criticized the cryptocurrency sector as "designed to extract fees from really unsuspecting investors".[136]

Richard Handler, CEO of American financial firm Jefferies Group, tweeted on November 10 that he had attempted to meet with Bankman-Fried in July and again in September, as he perceived the FTX CEO was "in over his head".[137] Handler stated that Bankman-Fried did not respond to the emails sent from Jefferies staff on Handler's behalf.[137]

The sudden collapse of FTX has been compared to the bankruptcy of Lehman Brothers in publications such as *The New York Times* and the *Financial Times*.[138][139] Lawrence Summers acknowledged the comparisons to Lehman and further compared the collapse to the Enron scandal, caused by fraud perpetrated by Enron executives.[140] Rostin Behnam, the Chairman of the Commodity Futures Trading Commission, called for Congress to grant the organization more power to regulate cryptocurrencies.[141] The financial impact of the collapse having reached beyond the immediate FTX customer base,[142] financial industry executives said at a Reuters conference that "regulators must step in to protect crypto investors."[143] Technology analyst Avivah Litan commented on the cryptocurrency ecosystem that "everything...needs to improve dramatically in terms of user experience, controls, safety, [and] customer service."[144] Risk management firm Titan Grey published a primer on the commencement and early motions practice of the FTX chapter 11 case, analyzing issues such as creditor privacy, relief from the automatic stay, proposed differential treatment of customers from other creditors, and others.[145]

# Legal process

Following the collapse of FTX, the Royal Bahamas Police Force launched a criminal investigation into the company.[146][147]

Anonymous sources cited by Bloomberg said that the office of the United States Attorney for the Southern District of New York had begun an investigation into FTX's collapse as of November 14, 2022.[148]

The United States House Committee on Financial Services announced it plans to conduct hearings in December on the collapse of FTX, and committee leaders said they would seek testimony from Bankman-Fried.[149] According to anonymous sources cited by *The Information*, some venture capital firms are considering suing Bankman-Fried.[150]

On December 13, 2022, FTX founder and CEO Sam Bankman-Fried was charged by the US attorney's office for the southern district of New York with fraud, conspiracy to commit money laundering, and conspiracy to defraud the US and violate campaign finance laws.[151] After being extradited from the Bahamas, Bankman-Fried was released on a $250 million bond and ordered to remain under house arrest at his parents' home in Palo Alto, California. He was arraigned in federal court in Manhattan on January 3, 2023, and entered a plea of not guilty to all counts. Judge Lewis A. Kaplan set a trial date

for October 2, 2023, saying he might move it "forward or backward a day or two." Meanwhile, Gary Wang, co-founder of FTX, and Caroline Ellison, who had served as Alameda's CEO, pleaded guilty to multiple charges and began cooperating with federal prosecutors.[152][153][154]

FTX's former engineering director, Nishad Singh, has pleaded guilty to six different charges, including three counts of conspiracy to commit fraud. Singh is a childhood friend of Bankman-Fried's brother and worked at Alameda Research before being brought into FTX.[155] Singh is now said to be cooperating with prosecutors' investigations against Bankman-Freid.

## Sponsorships

FTX sponsored a number of sports teams and organizations. Deals included the naming rights to the Miami Heat's basketball stadium, renaming it FTX Arena,[156][157] a partnership with Major League Baseball to place the FTX logo on the uniforms of umpires,[158] and a deal with Mercedes-AMG Petronas F1 Team to add the FTX logo to their cars and merchandise.[159] The professional esports organization TSM also had a naming rights deal with FTX, thus the organization became TSM FTX.[160]



The FTX Arena in Miami, Florida

Other sponsorships included the title sponsorships of the first season of MLB Home Run Derby X,[161] and the title sponsorship of the tournaments FTX Road to Miami and FTX Crypto Cup as part of the Champions Chess Tour 2022.[162]

Following the bankruptcy of FTX in November 2022, Mercedes-AMG F1, TSM and the Miami Heat cut ties with the company, with the latter also announcing that they would be seeking a new naming rights partner for the FTX Arena.[163][164][165] FTX held talks with American singer-songwriter Taylor Swift starting in the fall of 2021 regarding a $100 million sponsorship deal but negotiations were broken off the following spring without a deal being reached.[166][167]

## References

1. "FTX raises $900M" (https://inside.com/campaigns/inside-tech-2021-07-21-28706/sections/24370 0). *inside.com*. Retrieved July 28, 2021.
2. "Enron's Liquidator to Oversee FTX's Massive Crypto Bankruptcy" (https://news.bloomberglaw.co m/bankruptcy-law/enrons-liquidator-to-oversee-ftxs-massive-crypto-bankruptcy). *bloomberglaw.com*. Retrieved November 11, 2022.
3. Rooney, Kate (August 20, 2022). "FTX grew revenue 1,000% during the crypto craze, leaked financials show" (https://www.cnbc.com/2022/08/20/ftx-grew-revenue-1000percent-during-the-cry pto-craze-leaked-financials.html). *CNBC*.
4. Mccrank, John; Davies, Megan (July 6, 2022). "Crypto exchange FTX has "a few billion" to support industry - Bankman-Fried" (https://www.reuters.com/technology/crypto-exchange-ftx-has-f ew-billion-support-industry-bankman-fried-2022-07-06/). *Reuters*.
5. Osipovich, Alexander; Zuckerman, Gregory (November 11, 2022). "How FTX's Sam Bankman-Fried Went From Crypto Golden Boy to Villain" (https://www.wsj.com/articles/how-ftx-sam-bankma n-fried-went-from-crypto-golden-boy-to-villain-11668199208). *The Wall Street Journal*. Retrieved November 11, 2022.

6. Osipovich, Alexander (July 20, 2021). "Crypto Exchange FTX Valued at $18 Billion in Funding Round" (https://www.wsj.com/articles/crypto-exchange-ftx-valued-at-18-billion-in-funding-round-11 626800455). *The Wall Street Journal*. ISSN 0099-9660 (https://www.worldcat.org/issn/0099-966 0). Retrieved October 7, 2021.

7. "FTX Deal Gives Institutions New Access to Crypto Markets" (https://www.bloomberg.com/news/ar ticles/2021-07-13/ftx-copper-technologies-tie-up-to-give-easier-access-to-crypto). *Bloomberg.com*. July 13, 2021. Retrieved October 7, 2021.

8. "Crypto firm FTX Trading's valuation rises to $18 BLN after $900 MLN investment" (https://www.re uters.com/technology/crypto-firm-ftx-trading-raises-900-mln-18-bln-valuation-2021-07-20/). *Reuters*. July 20, 2021.

9. "The downfall of FTX's Sam Bankman-Fried sends shockwaves through the crypto world" (https:// www.npr.org/2022/11/14/1136482889/ftx-sam-bankman-fried-shockwaves-crypto). *NPR*. November 14, 2022. Retrieved November 14, 2022.

10. Ossinger, Joanna (September 24, 2021). "Bankman-Fried's Crypto Exchange FTX Leaves Hong Kong for Bahamas" (https://www.bloomberg.com/news/articles/2021-09-24/bankman-fried-s-crypt o-exchange-ftx-leaves-hong-kong-for-bahamas). *Bloomberg*.

11. Hajric, Vildana (July 29, 2021). "Crypto Exchange Competition Heats Up With FTX.US Growth Spurt" (https://www.bloomberg.com/news/articles/2021-07-29/crypto-exchange-competition-heats-up-with-ftx-us-growth-spurt). *Bloomberg.com*. Retrieved July 29, 2021.

12. Yaffe-Bellany, David (November 11, 2022). "Embattled Crypto Exchange FTX Files for Bankruptcy" (https://www.nytimes.com/2022/11/11/business/ftx-bankruptcy.html). *New York Times*. Retrieved November 11, 2022.

13. Ostroff, Caitlin; Ge Huang, Vicky; Gladstone, Alexander (November 11, 2022). "FTX Files for Bankruptcy; Sam Bankman-Fried Steps Down as CEO" (https://www.wsj.com/articles/ftx-files-for-c hapter-11-bankruptcy-11668176869). *The Wall Street Journal*. Retrieved November 11, 2022.

14. Hill, Jeremy (November 11, 2022). "FTX Goes Bankrupt in Stunning Reversal for Crypto Exchange" (https://www.bloomberg.com/news/articles/2022-11-11/ftx-com-goes-bankrupt-in-stunni ng-reversal-for-crypto-exchange). *Bloomberg*. Retrieved November 11, 2022.

15. "Sam Bankman-Fried's $32bn FTX crypto empire files for bankruptcy" (https://www.ft.com/content/ afe56c4e-2d68-457e-bbb2-476752d5f02e). *Financial Times*. November 11, 2022. Retrieved November 11, 2022.

16. Allison, Ian (November 2, 2022). "Divisions in Sam Bankman-Fried's Crypto Empire Blur on His Trading Titan Alameda's Balance Sheet" (https://www.coindesk.com/business/2022/11/02/division s-in-sam-bankman-frieds-crypto-empire-blur-on-his-trading-titan-alamedas-balance-sheet/). *CoinDesk*. Retrieved November 9, 2022.

17. Macheel, Tanaya (November 8, 2022). "Bitcoin briefly touches a new low for the year, FTX token plunges more than 75% in broad crypto sell-off" (https://www.cnbc.com/2022/11/08/cryptocurrenci es-slide-as-worries-about-ftx-fester-in-latest-crypto-liquidity-scare.html). *CNBC*. Retrieved November 18, 2022.

18. Lagerkranser, Philip; Nicolle, Emily; Shukla, Sidhartha (November 7, 2022). "Tensions Between Crypto's Two Richest CEOs Spill Into Markets" (https://www.bloomberg.com/news/articles/2022-1 1-07/bankman-fried-cz-zhao-tensions-spill-into-crypto-markets?leadSource=uverify%20wall). *Bloomberg News*.

19. Wilson, Tom; Berwick, Angus (November 8, 2022). "Crypto exchange FTX saw $6 bln in withdrawals in 72 hours" (https://www.reuters.com/business/finance/crypto-exchange-ftx-saw-6-bl n-withdrawals-72-hours-ceo-message-staff-2022-11-08/). *Reuters*. Retrieved November 18, 2022.

20. Rooney, MacKenzie (November 9, 2022). "Binance backs out of FTX rescue, leaving the crypto exchange on the brink of collapse" (https://www.cnbc.com/2022/11/09/binance-backs-out-of-ftx-rescue-leaving-the-crypto-exchange-on-the-brink-of-collapse.html). *CNBC*. Retrieved November 18, 2022.

21. "Sam Bankman-Fried: FTX founder arrested in Bahamas" (https://www.bbc.co.uk/news/business-63953096). December 13, 2022. Retrieved December 13, 2022.

22. Olinga, Luc. "FTX Employees Used Company Funds to Buy Homes in the Bahamas" (https://www.thestreet.com/investing/cryptocurrency/ftx-employees-used-company-funds-to-buy-homes-in-the-bahamas). *TheStreet*. Retrieved November 17, 2022.

23. "FTX raises $900M" (https://inside.com/campaigns/inside-tech-2021-07-21-28706/sections/243700). *inside.com*. Retrieved October 7, 2021.

24. Weisenthal, Joe; Alloway, Tracy (April 1, 2021). "The Ex-Jane Street Trader Who's Building a Multi-Billion Crypto Empire" (https://www.bloomberg.com/news/articles/2021-04-01/the-ex-jane-street-trader-who-s-building-a-multi-billion-crypto-empire). *Bloomberg News*. Archived (https://archive.today/20210401195337/https://www.bloomberg.com/news/articles/2021-04-01/the-ex-jane-street-trader-who-s-building-a-multi-billion-crypto-empire) from the original on April 1, 2021.

25. Yaffe-Bellany, David (May 14, 2022). "A Crypto Emperor's Vision: No Pants, His Rules" (https://www.nytimes.com/2022/05/14/business/sam-bankman-fried-ftx-crypto.html). *The New York Times*. Archived (https://web.archive.org/web/20220514090544/http://www.nytimes.com/2022/05/14/business/sam-bankman-fried-ftx-crypto.html/) from the original on May 14, 2022.

26. Berwick, Angus; Wilson, Tom (November 10, 2022). "Behind FTX's fall, battling billionaires and a failed bid to save crypto" (https://www.reuters.com/technology/exclusive-behind-ftxs-fall-battling-billionaires-failed-bid-save-crypto-2022-11-10/). *Reuters*. Retrieved November 10, 2022.

27. Dillet, Romain (August 25, 2020). "Cryptocurrency exchange FTX acquires portfolio tracker Blockfolio" (https://web.archive.org/web/20211212132531/https://techcrunch.com/2020/08/25/cryptocurrency-exchange-ftx-acquires-portfolio-tracker-blockfolio/). *TechCrunch*. Yahoo. Archived from the original (https://social.techcrunch.com/2020/08/25/cryptocurrency-exchange-ftx-acquires-portfolio-tracker-blockfolio/) on December 12, 2021. Retrieved October 7, 2021.

28. Kruppa, Miles (July 20, 2021). "Crypto exchange FTX secures backing from venture capital and hedge funds" (https://www.ft.com/content/a3a90a4f-54e4-4b4f-b1df-2d9d8ca7712d). *Financial Times*.

29. "Crypto Firm FTX Valued at $18 Billion as SoftBank, Ribbit Invest" (https://www.bloomberg.com/news/articles/2021-07-20/crypto-firm-ftx-valued-at-18-billion-as-softbank-ribbit-invest). *Bloomberg News*. July 20, 2021.

30. "Bankman-Fried's Crypto Exchange FTX Leaves Hong Kong for Bahamas" (https://www.bloomberg.com/news/articles/2021-09-24/bankman-fried-s-crypto-exchange-ftx-leaves-hong-kong-for-bahamas). *Bloomberg.com*. September 24, 2021. Retrieved November 1, 2021.

31. Chernova, Yuliya (January 14, 2022). "Crypto Exchange FTX Sets Up $2 Billion Venture Fund" (https://www.wsj.com/articles/crypto-exchange-ftx-sets-up-2-billion-venture-fund-11642163402). *The Wall Street Journal*. Retrieved January 14, 2022.

32. Browne, Ryan (January 31, 2022). "Cryptocurrency exchange FTX hits $32 billion valuation despite bear market fears" (https://www.cnbc.com/2022/01/31/crypto-exchange-ftx-valued-at-32-billion-amid-bitcoin-price-plunge.html). *CNBC*. Retrieved January 31, 2022.

33. "FTX Ventures Website Goes Offline" (https://www.wsj.com/livecoverage/stock-market-news-today-11-09-2022/card/ftx-ventures-website-goes-offline-eydE2vdlBt2dv6dKoQ2C). *The Wall Street Journal*. Retrieved November 9, 2022.

34. "FTX US Stocks are coming soon" (https://web.archive.org/web/20220211183702/http://ftx.us/stocks). FTX US. Archived from the original (https://ftx.us/stocks) on February 11, 2022. Retrieved February 11, 2022.

35. Gariffo, Michael. "FTX's new gaming division faces an uphill battle in convincing gamers to buy NFTs" (https://www.zdnet.com/finance/blockchain/ftxs-new-gaming-division-faces-an-uphill-battle-in-convincing-gamers-to-buy-nfts/). *ZDNet*. Retrieved February 22, 2022.

36. Jacob, Paul Vigna and Denny (July 2022). "FTX Strikes Deal With Option to Buy Crypto Lender BlockFi for Up to $240 Million" (https://www.wsj.com/articles/ftx-strikes-deal-with-option-to-buy-crypto-lender-blockfi-for-up-to-240-million-11656701743). *Wall Street Journal*.

37. Rooney, Kate (July 1, 2022). "FTX signs a deal giving it the option to buy crypto lender BlockFi" (https://www.cnbc.com/2022/07/01/ftx-signs-a-deal-giving-it-the-option-to-buy-crypto-lender-blockfi-.html). *CNBC*.

38. Scaggs, Alexandra (August 19, 2022). "About that deposit insurance" (https://www.ft.com/content/35229fa2-8050-4d84-9f82-22ef718eecdb). *Financial Times*.

39. Roth, Emma (August 20, 2022). "FTX's money isn't insured, FDIC says" (https://www.theverge.com/2022/8/20/23314401/ftx-money-isnt-insured-fdic-sam-bankman-fried-crypto-cease-and-desist). *The Verge*.

40. Kharif, Olga; Yang, Yueqi (September 27, 2022). "Crypto Exchange FTX Wins Bankrupt Firm Voyager's Assets" (https://www.bloomberg.com/news/articles/2022-09-27/crypto-exchange-ftx-said-to-win-bankrupt-firm-voyager-s-assets). *Bloomberg.com*. Retrieved September 27, 2022.

41. Ge Huang, Vicky; Ostroff, Caitlin (December 19, 2022). "Binance.US to Buy Assets of Bankrupt Crypto Lender Voyager, Eyes More Acquisitions" (https://www.wsj.com/articles/binance-us-to-buy-assets-of-bankrupt-crypto-lender-voyager-eyes-more-acquisitions-11671478348). *The Wall Street Journal*.

42. Capoot, Ashley (September 27, 2022). "Crypto exchange FTX is replacing its U.S. president" (https://www.cnbc.com/2022/09/27/crypto-exchange-ftx-is-replacing-its-us-president.html). *CNBC*. Retrieved September 27, 2022.

43. "Texas regulators have their eyes on one of the most powerful players in the crypto world" (https://www.cnn.com/2022/10/20/business/nightcap-crypto-texas-onslaught/index.html). *CNN*. October 21, 2022. Retrieved November 10, 2022.

44. "FTX Plans to Restart Crypto Exchange for International Customers" (https://www.coindesk.com/business/2023/08/01/ftx-plans-to-restart-crypto-exchange-for-international-customers/). August 2023.

45. Massa, Annie; Irrera, Anna; Miller, Hannah (September 14, 2022). "Crypto Quant Shop With Ties to FTX Powers Bankman-Fried's Empire" (https://www.bloomberg.com/news/articles/2022-09-14/trading-firm-alameda-research-powers-ftx-ceo-sam-bankman-fried-s-crypto-empire). *Bloomberg*. Retrieved November 10, 2022.

46. Yaffe-Bellany, David (November 14, 2022). "How Sam Bankman-Fried's Crypto Empire Collapsed" (https://www.nytimes.com/2022/11/14/technology/ftx-sam-bankman-fried-crypto-bankruptcy.html). *The New York Times*. Retrieved November 15, 2022.

47. Morrow, Allison (November 17, 2022). " 'Complete failure:' Filing reveals staggering mismanagement inside FTX | CNN Business" (https://www.cnn.com/2022/11/17/business/ftx-ceo-complete-failure/index.html). *CNN*. Retrieved November 18, 2022.

48. "New CEO Says FTX Suffered 'Complete Failure of Corporate Controls' " (https://www.wsj.com/livecoverage/stock-market-news-today-11-17-2022/card/new-ceo-says-ftx-suffered-complete-failure-of-corporate-controls--anHR8VGIa37oobtZDlnh). *WSJ*. Retrieved November 18, 2022.

49. "Alameda Amassed Crypto Tokens Ahead of FTX Listings, Public Data Shows" (https://www.wsj.com/livecoverage/stock-market-news-today-11-14-2022/card/alameda-amassed-crypto-tokens-ahead-of-ftx-listings-public-data-shows-z6KFN051ToEpFohTXA89). *WSJ*. Retrieved November 18, 2022.

50. Ge Huang, Vicky; Osipovich, Alexander; Kowsman, Patricia (November 10, 2022). "FTX Tapped Into Customer Accounts to Fund Risky Bets, Setting Up Its Downfall" (https://www.wsj.com/article s/ftx-tapped-into-customer-accounts-to-fund-risky-bets-setting-up-its-downfall-11668093732?mod =hp_lead_pos1). *The Wall Street Journal*. Retrieved November 10, 2022.

51. Michaels, Dave; Yu, Elaine; Ostroff, Caitlin (November 12, 2022). "Alameda, FTX Executives Are Said to Have Known FTX Was Using Customer Funds" (https://www.wsj.com/articles/alameda-ftx-executives-are-said-to-have-known-ftx-was-using-customer-funds-11668264238?mod=hp_lead_p os2). *The Wall Street Journal*. Retrieved November 12, 2022.

52. Yaffe-Bellany, David (November 14, 2022). "How Sam Bankman-Fried's Crypto Empire Collapsed" (https://www.nytimes.com/2022/11/14/technology/ftx-sam-bankman-fried-crypto-bankr uptcy.html). *The New York times*. Retrieved November 14, 2022.

53. Berwick, Angus (November 13, 2022). "Exclusive: At least $1 billion of client funds missing at failed crypto firm FTX" (https://www.reuters.com/markets/currencies/exclusive-least-1-billion-client -funds-missing-failed-crypto-firm-ftx-sources-2022-11-12/). *Reuters*. Retrieved November 18, 2022.

54. Massa, Annie (November 11, 2022). "Sam Bankman-Fried Fooled the Crypto World and Maybe Even Himself" (https://www.bloomberg.com/news/articles/2022-11-11/sam-bankman-fried-fooled-t he-crypto-world-and-maybe-even-himself?sref=CIpmV6x8). *Bloomberg*. Retrieved November 14, 2022.

55. Lagerkranser, Philip; Nicolle, Emily (November 14, 2022). "Binance's Billionaire CEO Casts Himself as Crypto's New Savior" (https://www.bloomberg.com/news/articles/2022-11-14/binance-c eo-cz-zhao-bids-to-replace-ftx-s-sam-bankman-fried-as-crypto-savior?srnd=premium&sref=CIpm V6x8). *Bloomberg*. Retrieved November 14, 2022.

56. Ostroff, Caitlin (November 7, 2022). "Binance to Sell Holdings of FTX's Token as Relations Between Crypto Exchanges Fray" (https://www.wsj.com/livecoverage/stock-market-news-today-11 -07-2022/card/binance-to-sell-holdings-of-ftx-s-token-as-relations-between-crypto-exchanges-fray -VukiTcJgKWJeZEEgnG5y?page=1). *The Wall Street Journal*. Retrieved November 7, 2022.

57. Kharif, Olga (November 6, 2022). "Binance To Sell $529 Million of Bankman-Fried's FTT Token" (h ttps://www.bloomberg.com/news/articles/2022-11-06/binance-to-sell-529-million-of-ftt-token-amids -revelations). *Bloomberg*. Retrieved November 7, 2022.

58. Lagerkranser, Philip; Nicolle, Emily; Shukla, Sidhartha (November 7, 2022). "Binance's CZ and FTX's Sam Bankman-Fried Trade Barbs Over Twitter" (https://www.bloomberg.com/news/articles/ 2022-11-07/bankman-fried-cz-zhao-tensions-spill-into-crypto-markets). *Bloomberg*. Retrieved November 7, 2022.

59. Melinek, Jacquelyn (November 7, 2022). "Here's the rundown on the Binance and FTX fiasco" (htt ps://techcrunch.com/2022/11/07/heres-the-rundown-on-the-binance-and-ftx-fiasco/). *TechCrunch*. Retrieved November 7, 2022.

60. Lagerkranser, Philip; Ossinger, Joanna (November 8, 2022). "Crypto Billionaires' Brawl Triggers Contagion Fears in Markets" (https://www.bloomberg.com/news/articles/2022-11-08/binance-ftx-fo unders-fight-triggers-crypto-contagion-fears). *Bloomberg*. Retrieved November 8, 2022.

61. Yaffe-Bellany, David (November 9, 2022). "Binance Pulls Out of Deal to Acquire Rival Crypto Exchange FTX" (https://www.nytimes.com/2022/11/09/technology/ftx-binance-crypto.html). *The New York Times*.

62. Yang, Yueqi (November 8, 2022). "CZ's Binance to Buy Rival FTX After Sam Bankman-Fried Faces Liquidity Crunch" (https://www.bloomberg.com/news/articles/2022-11-08/crypto-exchange-b inance-to-buy-rival-ftx-com-terms-undisclosed). *Bloomberg*. Retrieved November 8, 2022.

63. Ge Huang, Vicky; Ostroff, Caitlin (November 8, 2022). "Crypto Exchange Binance Agrees to Acquire Rival FTX" (https://www.wsj.com/articles/crypto-exchange-binance-agrees-to-acquire-rival -ftx-11667924737?mod=hp_lead_pos1). *The Wall Street Journal*. Retrieved November 8, 2022.

64. Singh, Manish (November 8, 2022). "Crypto giant Binance to acquire rival FTX following 'liquidity crunch' " (https://techcrunch.com/2022/11/08/binance-signs-letter-of-intent-to-acquire-ftx/). *TechCrunch*. Retrieved November 8, 2022.

65. "Binance plans to buy rival FTX in bailout as crypto market crumbles" (https://sendstory.co/news/binance-plans-to-buy-rival-ftx-16679668941726). *Binance plans to buy rival FTX in bailout as crypto market crumbles - 'SCMP Tech' News | Hong Kong*. Retrieved November 9, 2022.

66. Sigalos, MacKenzie (November 8, 2022). "FTX's token plunges 80% on liquidity concerns, wiping out over $2 billion in value" (https://www.cnbc.com/2022/11/08/ftxs-ftt-token-plunges-80percent-wiping-out-over-2-billion-in-value.html). *CNBC*.

67. Yang, Yueqi; Ghosh, Suvashree (November 9, 2022). "FTX's Financial Black Hole Leaves Binance Balking at Rescue Plan" (https://www.bloomberg.com/news/articles/2022-11-09/binance-seen-likely-to-balk-at-ftx-deal-after-spotting-deep-hole). *Bloomberg*. Retrieved November 9, 2022.

68. Beyoud, Lydia; Yang, Yueqi; Kharif, Olga (November 9, 2022). "Sam Bankman-Fried's FTX Empire Faces US Probe Into Client Funds, Lending" (https://www.bloomberg.com/news/articles/2022-11-09/us-probes-ftx-empire-over-handling-of-client-funds-and-lending). *Bloomberg*. Retrieved November 9, 2022.

69. Binance Says It Will Walk Away from Deal to Buy FTX (https://www.wsj.com/articles/binance-is-said-to-be-likely-to-walk-away-from-deal-to-buy-ftx-11668020963) Archived (https://web.archive.org/web/20221109220900/https://www.wsj.com/articles/binance-is-said-to-be-likely-to-walk-away-from-deal-to-buy-ftx-11668020963) November 9, 2022, at the Wayback Machine, Wall Street Journal, November 9, 2022.

70. Sigalos, MacKenzie; Rooney, Kate (November 9, 2022). "Binance backs out of FTX rescue, leaving the crypto exchange on the brink of collapse" (https://www.cnbc.com/2022/11/09/binance-backs-out-of-ftx-rescue-leaving-the-crypto-exchange-on-the-brink-of-collapse.html). *CNBC*.

71. "Binance ditches deal to rescue rival crypto exchange FTX" (https://www.ft.com/content/ad440b22-00e2-44e9-b95d-449bb89fd504). *Financial Times*. November 10, 2022. Retrieved November 10, 2022.

72. "Sam Bankman-Fried apologises for FTX crisis" (https://www.ft.com/content/43ff8a61-39d4-42d6-acaa-92b9f496e5df). *Financial Times*. November 10, 2022. Retrieved November 11, 2022.

73. "FTX: Cryptocurrency market rocked by near-collapse of exchange" (https://www.bbc.com/news/business-63564364). *BBC News*. November 9, 2022. Retrieved November 10, 2022.

74. Shen, Lucinda (November 10, 2022). "FTX approaches Kraken amid scramble to find funding" (https://www.axios.com/pro/fintech-deals/2022/11/10/ftx-approaches-kraken-as-potential-rescue-deal-partner). *Axios*. Retrieved November 10, 2022.

75. Massa, Annie (November 10, 2022). "Bankman-Fried Vows to 'Give Anything' for Capital as FTX Flails" (https://www.bloomberg.com/news/articles/2022-11-10/bankman-fried-vows-to-give-anything-for-capital-as-ftx-flails). *Bloomberg*. Retrieved November 10, 2022.

76. "Sam Bankman-Fried says Alameda Research to wind down trading, FTX attempting to raise capital" (https://techcrunch.com/2022/11/10/sam-bankman-fried-says-alameda-research-to-wind-down-trading-ftx-attempting-to-raise-capital/). *TechCrunch*. November 10, 2022. Retrieved November 10, 2022.

77. Sorkin, Andrew Ross; Mattu, Ravi; Warner, Bernhard; Kessler, Sarah; Gandel, Stephen; Merced, Michael J. de la; Hirsch, Lauren; Livni, Ephrat (November 10, 2022). "A Reckoning Awaits FTX" (https://www.nytimes.com/2022/11/10/business/dealbook/ftx-crypto-binance-sbf-cz.html). *The New York Times*. Retrieved November 10, 2022.

78. Hoffman, Liz; Saacks, Bradley; Matsakis, Louise (November 9, 2022). "FTX ditched by Binance while also losing most of its legal and compliance staff | Semafor" (https://www.semafor.com/article/11/09/2022/ftx-legal-and-compliance-teams-quit). *Semafor*. Retrieved November 10, 2022.

79. Massa, Annie (November 10, 2022). "Inside FTX.US, Employees Are Trying to Sell Assets With Sam Bankman-Fried Away" (https://www.bloomberg.com/news/articles/2022-11-10/inside-ftx-us-employees-are-trying-to-sell-assets-with-sbf-away). *Bloomberg*. Retrieved November 10, 2022.

80. "FTX Latest: Bahamas Freezes FTX.com Assets, Appoints Liquidator" (https://www.bloomberg.com/news/articles/2022-11-10/ftx-latest-bankman-fried-shuts-down-trading-firm-alameda). *Bloomberg*. November 10, 2022. Retrieved November 10, 2022.

81. Berwick, Angus; Sen, Anirban (November 11, 2022). "FTX looks for $9.4 bln in rescue funds, Bahamas freezes some assets" (https://www.reuters.com/markets/currencies/crypto-markets-teeter-with-ftx-after-binance-abandons-bailout-2022-11-10/). *Reuters*. Retrieved November 11, 2022.

82. "Global regulators circle Sam Bankman-Fried's FTX exchange" (https://www.ft.com/content/79b6f14c-110a-4c66-82e2-286003c34717). *Financial Times*. November 11, 2022. Retrieved November 11, 2022.

83. "Administrative Actions against FTX Japan, Inc" (https://www.fsa.go.jp/en/news/2022/20221111/20221110.html). *www.fsa.go.jp*. Retrieved November 11, 2022.

84. "Sam Bankman-Fried's 'Effective Altruism' Team Resigns Amid FTX Meltdown" (https://gizmodo.com/sam-bankman-fried-ftx-effective-altruism-crypto-1849773116). *Gizmodo*. November 11, 2022.

85. Hill, Jeremy (November 11, 2022). "Enron's Liquidator to Oversee FTX's Massive Crypto Bankruptcy" (https://www.bloomberg.com/news/articles/2022-11-11/enron-s-liquidator-to-oversee-ftx-s-massive-crypto-bankruptcy). *Bloomberg*. Retrieved November 11, 2022.

86. Huang, Elaine Yu and Vicky Ge (November 11, 2022). "FTX Is Investigating a Potential Hack Amid Bankruptcy Filing" (https://www.wsj.com/articles/ftx-is-investigating-a-potential-hack-amid-bankruptcy-filing-11668261070). *The Wall Street Journal*. Retrieved November 12, 2022.

87. Ghosh, Suvashree (November 11, 2022). "Bankrupt FTX Hit by Mysterious Outflow of About $662 Million" (https://www.bloomberg.com/news/articles/2022-11-12/ftx-us-s-counsel-says-platform-probing-abnormal-wallet-movements). *Bloomberg*. Retrieved November 12, 2022.

88. Saacks, Bradley (November 12, 2022). "Some staff of beleaguered FTX crypto exchange leave Bahamas for Hong Kong" (https://www.semafor.com/article/11/12/2022/some-staff-of-beleaguered-ftx-crypto-exchange-leave-bahamas-for-hong-kong). *Semafor*. Retrieved November 12, 2022.

89. Nicolle, Emily (November 12, today). "Kraken to Assist In Probing FTX Unauthorized Crypto Withdrawals" (https://archive.today/20221112181633/https://www.bloomberg.com/news/articles/2022-11-12/kraken-to-assist-in-probing-ftx-unauthorized-crypto-withdrawals). Bloomberg. Bloomberg. Archived from the original (https://www.bloomberg.com/news/articles/2022-11-12/kraken-to-assist-in-probing-ftx-unauthorized-crypto-withdrawals) on November 12, 2022. Retrieved November 12, 2022.

90. Yang, Yuequi (November 12, 2022). "Sam Bankman-Fried Says He's in the Bahamas, Reuters Reports" (https://www.bloomberg.com/news/articles/2022-11-12/sam-bankman-fried-says-he-s-in-the-bahamas-reuters-reports). *Bloomberg*. Retrieved November 12, 2022.

91. Biron, Bethany (November 13, 2022). "Bahamian police reportedly interviewed Sam Bankman-Fried this weekend, investigations into downfall intensify" (https://www.businessinsider.com/ftx-founder-sam-bankman-fried-interviewed-police-bahamas-2022-11). *Business Insider*. Retrieved November 14, 2022.

92. Ostroff, Caitlin; Ge Huang, Vicky; Jin, Berber (November 15, 2022). "FTX Founder Sam Bankman-Fried Attempts to Raise Fresh Cash Despite Bankruptcy" (https://www.wsj.com/articles/ftx-founder-sam-bankman-fried-attempts-to-raise-fresh-cash-despite-bankruptcy-11668520573). *The Wall Street Journal*. Retrieved November 15, 2022.

93. Greenberg, Andy (November 13, 2022). "The Hunt for the FTX Thieves Has Begun" (https://www.wired.com/story/ftx-hack-theft-crypto-tracing/). *Wired*. Retrieved November 14, 2022.

94. Piper, Kelsey (November 16, 2022). "Sam Bankman-Fried tries to explain himself" (https://www.vo x.com/future-perfect/23462333/sam-bankman-fried-ftx-cryptocurrency-effective-altruism-crypto-ba hamas-philanthropy). *Vox*. Retrieved November 16, 2022.

95. Sigalos, MacKenzie (November 12, 2022). "Between $1 billion and $2 billion of FTX customer funds have disappeared, SBF had a secret 'back door' to transfer billions: Report" (https://www.cn bc.com/2022/11/12/1-billion-to-2-billion-of-ftx-customer-funds-missing-report.html). *CNBC*.

96. Berwick, Angus (November 13, 2022). "Exclusive: At least $1 billion of client funds missing at failed crypto firm FTX" (https://www.reuters.com/markets/currencies/exclusive-least-1-billion-client -funds-missing-failed-crypto-firm-ftx-sources-2022-11-12/). *Reuters*. Retrieved November 26, 2022.

97. Gara, Antoine; Shubber, Kadhim; Oliver, Joshua (November 12, 2022). "FTX held less than $1bn in liquid assets against $9bn in liabilities" (https://archive.today/20221112222143/https://www.ft.co m/content/f05fe9f8-ca0a-48d5-8ef2-7a4d813af558). Archived from the original (https://www.ft.co m/content/f05fe9f8-ca0a-48d5-8ef2-7a4d813af558) on November 12, 2022. Retrieved November 12, 2022. "Vast gap highlights the dire state of Sam Bankman-Fried's exchange before it collapsed into bankruptcy"

98. Millson, Alex (November 15, 2022). "Sam Bankman-Fried Posts Weird Cryptic Tweets After Wealth Wipeout" (https://www.bloomberg.com/news/articles/2022-11-15/sam-bankman-fried-posts -cryptic-tweets-after-losing-16-billion-in-ftx-wipeout?srnd=premium&sref=CIpmV6x8). *Bloomberg*. Retrieved November 15, 2022.

99. "Revealed: FTX's emergency fundraising term sheet" (https://www.ft.com/content/54d946a7-f25f-4 ef2-b1e7-292f851c12b3). *Financial Times*. Retrieved November 16, 2022.

100. "Bahamas based FTX Digital Markets files for Chapter 15 bankruptcy in New York" (https://www.bl oomberg.com/news/articles/2022-11-16/bahamas-based-ftx-digital-markets-files-for-chapter-15-ba nkruptcy-in-new-york). *Bloomberg*. November 16, 2022. Retrieved March 31, 2023.

101. Goswami, Rohan (November 17, 2022). "FTX used corporate funds to purchase employee homes, new filing shows" (https://www.cnbc.com/2022/11/17/ftx-used-corporate-funds-to-purchas e-employee-homes-new-filing-shows.html). *CNBC*. Retrieved November 17, 2022.

102. "FTX Chief Slams Bankman-Fried, Calls Controls 'Complete Failure' " (https://news.bloombergtax. com/crypto/ftxs-advisers-have-found-just-a-fraction-of-companys-crypto). *news.bloombergtax.com*. Retrieved November 17, 2022.

103. John, Jay Ray III (November 17, 2022). "Declaration of John J. Ray III in Support of Chapter 11 Petitions and First-Day Pleadings" (https://web.archive.org/web/20221117164922/https://assets.b wbx.io/documents/users/iqjWHBFdfxIU/rgJS1JHEf2XE/v0). United states Bankruptcy Court for the District of Delaware. Archived from the original (https://assets.bwbx.io/documents/users/iqjWH BFdfxIU/rgJS1JHEf2XE/v0) on November 17, 2022. Retrieved February 13, 2023.

104. Gamboa, Glenn; Daniel, Will. " 'Literally, there's no record-keeping whatsoever': FTX's new CEO is flabbergasted, and D.C. is laughing at SBF using QuickBooks" (https://fortune.com/2022/12/13/f tx-ceo-john-ray-testifies-congress-no-record-keeping-quickbooks-bankman-fried/). *Fortune*. Retrieved January 7, 2023.

105. Shukla, Sidhartha; Ghosh, Suvashree (November 14, 2022). "Crypto.com's Sinking Token Stirs Fresh Anxiety After FTX Wipeout" (https://www.bloomberg.com/news/articles/2022-11-14/crypto-c om-ceo-says-withdrawals-working-will-continue-to-work?sref=CIpmV6x8). *Bloomberg*. Retrieved November 14, 2022.

106. Levy, Ari; Sigalos, MacKenzie (November 15, 2022). "Crypto.com customers worry it could follow FTX, as CEO tries to reassure them everything's fine" (https://www.cnbc.com/2022/11/15/cryptoco m-customers-worry-it-could-follow-ftx-ceo-reassures-them.html). *CNBC*. Retrieved November 16, 2022.

107. Gladstone, Alexander; Ge Huang, Vicky; Biswas, Soma (November 15, 2022). "BlockFi Prepares for Potential Bankruptcy as Crypto Contagion Spreads" (https://www.wsj.com/articles/blockfi-prepares-for-potential-bankruptcy-as-crypto-contagion-spreads-11668534824). *The Wall Street Journal*. Retrieved November 16, 2022.

108. Greifeld, Katherine; Hajric, Vildana (November 16, 2022). "Silbert's Once-$10 Billion Crypto Empire Is Showing Cracks" (https://www.bloomberg.com/news/articles/2022-11-16/inside-a-once-10-billion-crypto-empire-that-s-suddenly-cracking-dcg?srnd=premium&sref=CIpmV6x8). *Bloomberg*. Retrieved November 17, 2022.

109. Shen, Muyao (November 16, 2022). "Winklevosses' Gemini Delays Withdrawals on Lending Program" (https://www.bloomberg.com/news/articles/2022-11-16/winklevoss-s-gemini-pauses-withdrawals-on-lending-program?sref=CIpmV6x8). *Bloomberg*. Retrieved November 17, 2022.

110. Ross Sorkin, Andrew; Mattu, Ravi; Warner, Bernhard; Kessler, Sarah; Gandel, Stephen; de la Merced, Michael J.; Hirsch, Lauren; Livni, Ephrat (November 17, 2022). "Investor Losses from FTX's Implosion Are Growing" (https://www.nytimes.com/2022/11/17/business/ftx-crypto-contagion-sbf.html). *The New York Times*. Retrieved November 17, 2022.

111. Greifeld, Katherine (November 14, 2022). "World's Biggest Crypto Fund Hits Record 42% Discount to Value of Bitcoin It Holds" (https://www.bloomberg.com/news/articles/2022-11-14/-broken-crypto-fund-hits-record-42-discount-as-etfs-hum-along?sref=CIpmV6x8). *Bloomberg*. Retrieved November 17, 2022.

112. Reyes, Mark (November 18, 2022). "Silvergate Capital Shares Slide as FTX Fallout Attracts Short Sellers" (https://www.bloomberg.com/news/articles/2022-11-18/silvergate-shares-slide-as-ftx-fallout-attracts-short-sellers). *Bloomberg.com*. Retrieved November 20, 2022.

113. Benoit, David (November 20, 2022). "Crypto Bank Silvergate Battles FTX Contagion Fears" (https://www.wsj.com/amp/articles/crypto-bank-silvergate-battles-ftx-contagion-fears-11668910608). *Wall Street Journal*. Retrieved November 20, 2022.

114. "FTX" (https://www.sequoiacap.com/companies/ftx/). *Sequoia Capital US/Europe*. Retrieved November 9, 2022.

115. "FTX" (https://web.archive.org/web/20221109231417/https://lsvp.com/portfolio/ftx/). *Lightspeed Venture Partners*. Archived from the original (https://lsvp.com/portfolio/ftx/) on November 9, 2022. Retrieved November 10, 2022.

116. Gelsi, Steve. "FTX problems mean big headaches for its private equity investors" (https://www.marketwatch.com/story/ftx-problems-mean-big-headaches-for-its-private-equity-investors-11668015499). *MarketWatch*.

117. Li, Selena; Westbrook, Tom; Howcroft, Elizabeth; Howcroft, Elizabeth (November 9, 2022). "Cryptocurrencies fall after FTX-Binance turmoil spooks investors" (https://www.reuters.com/markets/currencies/cryptos-attempt-steady-binance-ftx-deal-chills-market-2022-11-09/). *Reuters*. Retrieved November 9, 2022.

118. Parmar, Hema; Tan, Gillian (November 9, 2022). "FTX Fiasco Hits Investors From Tiger Global to Tom Brady" (https://www.bloomberg.com/news/articles/2022-11-09/tom-brady-tiger-global-among-investors-hurt-by-ftx-fiasco). *Bloomberg*. Retrieved November 9, 2022.

119. Friedman, Larry Hatheway and Alex (November 10, 2022). "The Midterms' Red Ripple Delivers Uncertainty to the Markets" (https://www.barrons.com/articles/midterms-markets-uncertainty-vote-results-51667964508). *Barrons*. Retrieved November 10, 2022.

120. McBride, Sarah (November 9, 2022). "Sequoia Capital Writes Down Entire Value of Its FTX Stake" (https://www.bloomberg.com/news/articles/2022-11-10/sequoia-capital-writes-down-entire-value-of-ftx-stake). *Bloomberg*. Retrieved November 10, 2022.

121. Stone, Brad (November 14, 2022). "FTX Implodes, and a Top VC Backer Falls on Its Face" (http s://www.bloomberg.com/news/newsletters/2022-11-14/sequoia-ftx-profile-of-sam-bankman-fried-s bf-was-a-face-plant?srnd=technology-vp&sref=CIpmV6x8). *Bloomberg*. Retrieved November 14, 2022.

122. "The downfall of FTX's Sam Bankman-Fried sends shockwaves through the crypto world" (https:// www.npr.org/2022/11/14/1136482889/ftx-sam-bankman-fried-shockwaves-crypto). *NPR*. November 14, 2022. Retrieved November 15, 2022.

123. Nguyen, Britney (November 10, 2022). "FTX investor Sequoia removed its glowing 13,000-word profile of Sam Bankman-Fried and replaced it with somber note after its investment cratered to $0" (https://www.businessinsider.com/ftx-investor-sequoia-removes-sam-bankman-fried-profile-20 22-11). *Business Insider*. Retrieved November 15, 2022.

124. Rajagopal, Divya (November 10, 2022). "Ontario Pension says any loss from FTX investment to have limited impact" (https://www.reuters.com/technology/ontario-pension-says-any-loss-ftx-invest ment-have-limited-impact-2022-11-10/). *Reuters*. Retrieved November 11, 2022.

125. Ramli, David; Gregori, Reto (November 16, 2022). "Singapore's Temasek Writes Down $275 Million FTX Investment" (https://www.bloomberg.com/news/articles/2022-11-17/singapore-s-temas ek-writes-down-275-million-ftx-investment?srnd=premium&sref=CIpmV6x8). *Bloomberg*. Retrieved November 17, 2022.

126. Lukpat, Alyssa (November 10, 2022). "Tom Brady. Stephen Curry. Shaq. See the Celebrities With Ties to FTX" (https://www.wsj.com/articles/the-celebrities-including-tom-brady-tied-to-ftx-see-the-li st-11668109684). *The Wall Street Journal*. Retrieved November 14, 2022.

127. Hudson, Clara (December 5, 2022). "FTX-Gisele Partnership Highlights Risks of Celebrity ESG Roles" (https://news.bloomberglaw.com/esg/ftx-gisele-partnership-highlights-risks-of-celebrity-esg -roles). *Bloomberg Law*.

128. Parmar, Hema (November 11, 2022). "Scaramucci's SkyBridge Is Trying to Buy Back FTX's 30% Stake" (https://www.bloomberg.com/news/articles/2022-11-11/scaramucci-says-skybridge-is-trying -to-buy-back-stake-from-ftx). *Bloomberg*. Retrieved November 11, 2022.

129. Muyao, Shen (November 13, 2022). "Crypto Hedge Fund Galois Confirms $40 Million Exposure to FTX" (https://www.bloomberg.com/news/articles/2022-11-13/crypto-fund-galois-known-for-big-luna -shorts-confirms-40-million-ftx-exposure). *Bloomberg*. Retrieved November 14, 2022.

130. Ashworth, Louis; Elder, Bryce (November 10, 2022). "Watching tether wither, together" (https://ww w.ft.com/content/86ff86f9-a0b1-448f-af11-b8dd9ae8577d). *The Financial Times*. Retrieved November 10, 2022.

131. Hajric, Vildana (November 11, 2022). "Crypto Markets Buckle as FTX Bankruptcy Spurs Search for Casualties" (https://www.bloomberg.com/news/articles/2022-11-11/crypto-markets-buckle-as-ft x-filing-spurs-search-for-casualties). *Bloomberg*. Retrieved November 11, 2022.

132. Jagtiani, Sunil; Ossinger, Joanna (November 13, 2022). "FTX Latest: Solana Sell-Off Deepens; Bankman-Fried Questioned" (https://www.bloomberg.com/news/articles/2022-11-12/ftx-latest-una uthorized-outflows-bankman-fried-in-the-bahamas). *Bloomberg*. Retrieved November 13, 2022.

133. Shukla, Sidhartha; Akhtar, Tanzeel (November 14, 2022). "FTX Fiasco Sparks Billions of Dollars of Outflows From Exchanges" (https://www.bloomberg.com/news/articles/2022-11-14/ftx-fiasco-sp arks-billions-of-dollars-of-outflows-from-exchanges?srnd=premium&sref=CIpmV6x8). *Bloomberg*. Retrieved November 14, 2022.

134. Thomasson, Lynn; Rao-Coverley, Sujata (November 13, 2022). "Big Investors Are Giving Up on Crypto Markets Going Mainstream" (https://www.bloomberg.com/news/articles/2022-11-13/big-inv estors-are-giving-up-on-crypto-markets-going-mainstream?sref=CIpmV6x8). *Bloomberg*. Retrieved November 14, 2022.

135. Fischer, Sara (December 9, 2022). "Exclusive: SBF secretly funded crypto news site The Block and its CEO's Bahamas apartment" (https://www.axios.com/2022/12/09/bankman-fried-funded-crypto-news-site-block). *Axios*. Retrieved December 11, 2022.

136. Weisenthal, Joe; Alloway, Tracy (November 9, 2022). "Short Seller Jim Chanos Warns the Crypto Crackdown Is Coming Now" (https://www.bloomberg.com/news/articles/2022-11-09/short-seller-jim-chanos-warns-the-crypto-crackdown-is-coming-now). *Bloomberg*. Retrieved November 10, 2022.

137. Wilson, Harry (November 10, 2022). "Jefferies CEO Says He Offered FTX's Bankman-Fried Rescue Advice in July" (https://www.bloomberg.com/news/articles/2022-11-10/jefferies-ceo-says-he-offered-ftx-boss-rescue-advice-in-july). *Bloomberg*. Retrieved November 10, 2022.

138. Roose, Kevin (November 9, 2022). "Is This Crypto's Lehman Moment?" (https://www.nytimes.com/2022/11/09/technology/cryptocurrency-binance-ftx.html). *The New York Times*. Retrieved November 11, 2022.

139. Chipolina, Scott (November 11, 2022). "FT Cryptofinance: Crypto's Lehman moment" (https://www.ft.com/content/a4d31278-a5d9-4a02-a169-4996f4a8e8f8). *Financial Times*. Retrieved November 11, 2022.

140. Anstey, Chris (November 11, 2022). "FTX Meltdown Has 'Whiffs' of Enron-Like Scandal, Summers Says" (https://www.bloomberg.com/news/articles/2022-11-11/summers-says-ftx-meltdown-has-whiffs-of-enron-like-scandal). *Bloomberg*. Retrieved November 11, 2022.

141. Doherty, Katherine; Almeida, Isis (November 14, 2022). "FTX's Downfall Shows CFTC Needs More Crypto Sway, Chairman Says" (https://www.bloomberg.com/news/articles/2022-11-14/ftx-downfall-shows-cftc-needs-more-crypto-sway-chairman-says?srnd=premium&sref=CIpmV6x8). *Bloomberg*. Retrieved November 14, 2022.

142. Khalili, Joel (November 11, 2022). "The Fallout of the FTX Collapse" (https://www.wired.com/story/the-fallout-of-the-ftx-collapse/). *Wired*. Retrieved December 28, 2022.

143. Chatterjee, Sumeet; Davies, Megan; Aftab, Ahmed; McCrank, John; Nguyen, Lananh; Howcroft, Elizabeth; Azhar, Saeed; Sinclair Foley, John (December 2, 2022). "After FTX collapse, pressure builds for tougher crypto rules" (https://www.reuters.com/business/finance/after-ftx-collapse-pressure-builds-tougher-crypto-rules-2022-12-02/). *Reuters*. Retrieved December 28, 2022.

144. Wile, Rob (December 28, 2022). "After FTX's spectacular collapse, where does crypto go from here?" (https://www.nbcnews.com/business/business-news/cryptocurrency-2023-predictions-bitcoin-ftx-collapse-sam-bankman-fried-rcna61548). *NBC News*. Retrieved December 28, 2022.

145. Chatterjee, Rex (December 6, 2022). "The FTX Files: A Primer On The Chapter 11 Case • Titan Grey" (https://titangrey.com/2022/12/ftx/). *Titan Grey*. Retrieved January 13, 2023.

146. "Bankrupt crypto exchange FTX is under criminal investigation in The Bahamas" (https://edition.cnn.com/2022/11/13/business/ftx-bahamas-criminal-investigation/index.html). CNN. November 13, 2022. Retrieved November 14, 2022.

147. Johnson, Katanga (November 13, 2022). "FTX Faces Criminal Misconduct Probe by Bahamas Authorities" (https://www.bloomberg.com/news/articles/2022-11-13/ftx-faces-criminal-misconduct-probe-by-bahamas-authorities). www.bloomberg.com. Retrieved November 15, 2022.

148. Benny-Morrison, Ava (November 14, 2022). "FTX Collapse Probed by Federal Prosecutors in Manhattan" (https://www.bloomberg.com/news/articles/2022-11-14/ftx-collapse-probed-by-federal-prosecutors-in-manhattan). Bloomberg. Retrieved November 14, 2022.

149. Shepardson, David (November 16, 2022). "U.S. House committee to hold a hearing on the collapse of FTX" (https://www.reuters.com/technology/us-house-committee-hold-hearing-collapse-ftx-2022-11-16/). Reuters. Retrieved November 16, 2022.

150. "VCs Consider Suing Bankman-Fried" (https://www.theinformation.com/articles/vcs-consider-suing-bankman-fried). *The Information*. Retrieved November 16, 2022.

151. Rushe, Dominic; Kari, Paul; Hern, Alex; Helmore, Edward (December 28, 2022). "FTX founder Sam Bankman-Fried charged with defrauding investors" (https://www.theguardian.com/technolog y/2022/dec/13/sam-bankman-fried-ftx-charged-sec-crypto-exchange). *The Guardian*. Retrieved December 31, 2022.

152. Neumeister, Larry (January 3, 2023). "FTX's Sam Bankman-Fried Pleads Not Guilty to Fraud as Judge Sets Tentative Trial Date" (https://time.com/6244395/sam-bankman-fried-pleads-not-guilt y/). *Time*. Retrieved January 5, 2023.

153. Scannell, Kara (January 3, 2023). "FTX founder Sam Bankman-Fried pleads not guilty" (https://edi tion.cnn.com/2023/01/03/business/sam-bankman-fried-plea/index.html). CNN. Retrieved January 5, 2023.

154. Weiser, Benjamin; Yaffe-Bellany, David; Goldstein, Matthew (January 3, 2023). "Sam Bankman-Fried Pleads Not Guilty to Fraud and Other Charges" (https://www.nytimes.com/2023/01/03/techn ology/sam-bankman-fried-pleads-not-guilty.html). *The New York Times*. Retrieved January 5, 2023.

155. "FTX's Nishad Singh pleads guilty to fraud charges" (https://www.bbc.com/news/business-648034 68). BBC News. February 28, 2023. Retrieved March 1, 2023.

156. Hanks, Douglas (June 2, 2021). "Miami Heat to play in FTX Arena after county approves $135M deal with crypto exchange" (https://amp.miamiherald.com/article250228430.html). *Miami Herald*.

157. "It's Official! Miami Heat Home to be Named FTX Arena" (https://miami.cbslocal.com/2021/03/26/it s-official-miami-heat-home-to-be-named-ftx-arena/). *WFOR-TV*. March 26, 2021.

158. "MLB, FTX cryptocurrency exchange partner" (https://www.mlb.com/news/mlb-ftx-cryptocurrency-exchange-partnership). *MLB.com*. Major League Baseball. June 23, 2021.

159. Conway, Luke (September 23, 2021). "FTX Crypto Exchange Partners With Mercedes F1 Team" (https://www.thestreet.com/crypto/news/ftx-crypto-exchange-partners-with-mercedes-f1-team). *The Street Crypto*. The Arena Group.

160. Daniels, Tom (June 4, 2021). "TSM secures $210m 10-year naming rights deal with FTX" (https:// esportsinsider.com/2021/06/tsm-secures-210m-naming-rights-deal-with-ftx). *Esportsinsider*. Retrieved December 1, 2022.

161. "FTX MLB Home Run Derby X" (https://www.mlb.com/HomeRunDerbyX). *MLB.com*. Major League Baseball. Retrieved July 9, 2022.

162. "Starting Sunday: FTX Road to Miami online tournament" (https://en.chessbase.com/post/ftx-mia mi-2022-preview). *ChessBase*. July 8, 2022.

163. "Mercedes suspends partnership with FTX" (https://www.espn.com/f1/story/_/id/35001911/merced es-f1-team-suspends-partnership-ftx). *ESPN.com*. November 11, 2022. Retrieved November 12, 2022.

164. Šimić, Ivan (November 16, 2022). "TSM suspends major $210m naming rights deal with FTX" (htt ps://esportsinsider.com/2022/11/tsm-suspends-naming-rights-deal-ftx). *Esportsinsider*. Retrieved December 15, 2022.

165. "Miami Heat and Miami-Dade County statement" (https://www.instagram.com/p/Ck1w91Zt29F/). *Instagram*. November 11, 2022. Retrieved November 12, 2022.

166. Oliver, Joshua; Asgari, Nikou; Nicolaou, Anna; Gara, Antoine (December 7, 2022). "FTX held talks with Taylor Swift over $100mn sponsorship deal" (https://www.ft.com/content/2b0601e2-d371-404 d-8531-227f11d4a83f). *Financial Times*. Retrieved December 7, 2022.

167. Blistein, Jon (December 7, 2022). "Taylor Swift's 'Eras' Tour Ticketing Debacle Could've Been Worse: She Almost Partnered With FTX" (https://www.rollingstone.com/music/music-news/taylor-s wift-nearly-partnered-failed-crypto-exchange-ftx-1234642866/). *Rolling Stone*. Retrieved December 7, 2022.

# External links

- Official website (https://ftx.com/)
- Official website (https://ftx.us/) of FTX.US
- FTXFoundation.com website (https://ftxfoundation.org) Archived (https://web.archive.org/web/20220909102946/https://ftxfoundation.org/) September 9, 2022, at the Wayback Machine

Retrieved from "https://en.wikipedia.org/w/index.php?title=FTX&oldid=1172981804"

-