# EXHIBIT 7

Permissionless II is Coming to Austin this September | Register


**Blockworks**

9.89 -1.69%    AAVE 56.31 0.80%    COMP 39.55 -0.98%    UNI 4.39 -1.99%    S&P 500 4457.49 0.14%    GOLD 1942.60 0.01%    OIL 87.

HOME  <  NEWS  <  MARKETS

# Binance Market Share Only Goes Up After FTX

Despite US regulators gobbling its branded stablecoin, Binance still handles more volume than any other crypto exchange

BY SEBASTIAN SINCLAIR  /  MARCH 9, 2023 03:58 AM



Binance CEO Changpeng Zhao | Blockworks exclusive art by Axel Rangel

SHARE

Binance makes up more of the crypto derivatives market than ever, thanks to a four-month hot streak following the collapse of rival FTX.

Binance was responsible for 61.8% of global spot trade last month, up 2.4%, after it recorded $540 billion in total volume, according to a report by CryptoCompare.

Spot volumes for Coinbase, Bitfinex and Bitstamp all saw a monthly decline in February.

Binance also topped derivatives volumes with 63% — its highest market share on record. The exchange clocked $1.32 trillion in derivatives volumes in February, up more than 5% on January's figures, and now far ahead of Bybit and OKX.

All while Binance suffers what could be the beginning of the end for its branded stablecoin BUSD. The SEC issued its issuer Paxos a Wells Notice last month, effectively flagging intent to sue over potential securities law violations.

New York-headquartered Paxos quickly announced it would stop minting new tokens. Customers have since redeemed billions in BUSD for cash.

Still, BUSD remains the second-most used stablecoin or fiat pair across centralized exchanges, with 23.1%, per CryptoCompare. Tether's USDT is far ahead with 72%.



Derivatives volumes are still mostly green (which means Binance) | source

"USDT proved to be the largest winner [of the Paxos situation] as its BTC trading volumes in February rose 6.66% to 11.2 million BTC month-on-month," CryptoCompare said.

Both BUSD and USDC, on the other hand, saw declines in their BTC trading volumes.

Spot markets overall have witnessed an increase in trading activity in recent months, spurred by comparatively cheap crypto prices. More favorable macro conditions have also helped, CryptoCompare said, especially compared to this time last year.

In February, total spot trading volumes increased 10% to $946 billion, the second consecutive month of rising volumes. But they remain at "historically low levels."

---

**Get the day's top crypto news and insights delivered to your email every evening.** Subscribe to Blockworks' free newsletter **now.**

**Want alpha sent directly to your inbox? Get degen trade ideas, governance updates, token performance, can't-miss tweets and more from** Blockworks Research's Daily Debrief**.**

**Can't wait? Get our news the fastest way possible.** Join us on Telegram **and follow us on** Google News**.**

TAGS

---

NEWSLETTER

Blockworks Daily

| Email address | SUBSCRIBE |

---

**UPCOMING EVENTS**

# Permissionless II Hackathon

▭ SAT - SUN, SEPT. 9 - 10, 2023

Blockworks and Bankless are excited to announce the first annual Permissionless II Hackathon, which will take place September 9-10th in Austin TX. We've partnered with the experts at buidlbox to ensure participants are getting maximum value from their experience. We've designed [...]

JOIN US IN AUSTIN, TEXAS →

# Digital Asset Summit 2024 | Washington, D.C.

▭ MON - WED, MARCH 18 - 20, 2024

Digital Asset Summit (DAS) is returning March 2024. This year's event will be held in our nation's capital, where industry leaders, policymakers, and institutional experts will come together to discuss the latest developments and challenges in the ever-evolving world of cryptocurrency. [...]

JOIN US IN WASHINGTON, D.C. →    BUY TICKETS →

# Permissionless II

▭ MON - WED, SEPT. 11 - 13, 2023

Permissionless II is the world's largest DeFi event. Join 7000+ crypto enthusiasts and builders September 11-13th at the Austin Convention Center in Austin, TX. This 3 day experience is filled with keynotes from Web3 leaders and thoughtfully curated panels, networking events, [...]

JOIN US IN AUSTIN, TEXAS →

## RECENT RESEARCH



RESEARCH

# THORFi Lending: Cross-chain Liquidation Free Borrowing

THORFi lending is a zero-interest, no liquidation, no expiration cross-chain lending market that has the potential to create a large supply sink for the RUNE token.

BY MATTHEW FIEBACH / 4 DAYS AGO

---

## NEWS

MORE FROM NEWS →

---

Markets ⌄



FINANCE

## Why Visa's new stablecoin efforts could be a game-changer

"Just a single stablecoin payment at the top of the stack can lead to a compounding set of them further down," industry CEO says

BY BEN STRACK / SEPTEMBER 6, 2023



BUSINESS

## Traders fret as FTX liquidations loom

Armchair analysts have long criticized FTX for inefficiently managing the company's remaining assets

BY ANDREW THURMAN / SEPTEMBER 6, 2023



DEFI

## With mainnet launch, Namada makes a bid for multichain privacy

The protocol introduces "shielded swaps" — a way to transact without revealing private information

BY BESSIE LIU / SEPTEMBER 6, 2023



OP-ED

## Bitcoin remains tied to the US economy, and that needs to change

Bitcoin emerged as a counter to the 2008 financial crisis, but it somehow remains intertwined with the world's strongest economy

BY DANNY OYEKAN / SEPTEMBER 6, 2023



DEFI

## Catalyst smart contracts bridge gaps between layer-2 'islands,' says co-founder



DEFI

## Gitcoin's co-founder wants to return from the sidelines

Catalyst facilitates an "inter-island economy" via smart contract deployments

"I'm not returning as some sort of benevolent dictator," Kevin Owocki told Blockworks

BY DARREN KLEINE / SEPTEMBER 6, 2023

BY BESSIE LIU / SEPTEMBER 6, 2023

NEWSLETTER

# Blockworks Daily Newsletter

Get the daily newsletter that helps thousands of investors understand the markets.

| Email address | SUBSCRIBE |

BLOCKWORKS RESEARCH

# Unlock crypto's most powerful research platform.

Our research packs a punch and gives you actionable takeaways for each topic.

SUBSCRIBE → 	GET IN TOUCH →

**SECTIONS**

NEWS

PODCASTS

NEWSLETTER

EVENTS

WEBINARS

RESEARCH

SITEMAP

**COMPANY**

ABOUT

ADVERTISE

CAREERS

TRUST & ETHICS

PRIVACY POLICY

CONTACT US



© BLOCKWORKS INC.

133 W 19TH ST., NEW YORK, NY 10011

