# EXHIBIT 9

Mining Week: Texas as a Bitcoin Mining Mecca          Read Now ✕

**Finance**

# Binance to Sell Rest of FTX Token Holdings as Alameda CEO Defends Firm's Financial Condition

Alameda's CEO offered to buy Binance's FTT token holdings for $22 apiece.

**By Tracy Wang, Oliver Knight**

🕐 Nov 6, 2022 at 8:55 a.m. PST

Updated May 8, 2023 at 9:01 p.m. PDT

f  in  🐦  ✉



Binance's CEO, responding to a CoinDesk scoop about trading firm Alameda Research's balance sheet, tweeted Sunday that he will sell the remaining FTT tokens held on his books that he took on as part of his exit from Alameda sister company FTX last year.

Binance CEO Changpeng Zhao did not say how much FTT his firm will sell, but that as part of the cryptocurrency exchange's exit from FTX equity last year, Binance received roughly $2.1 billion worth in the form of BUSD (Binance's stablecoin) and FTT.

> As part of Binance's exit from FTX equity last year, Binance received roughly $2.1 billion USD equivalent in cash (BUSD and FTT). Due to recent revelations that have came to light, we have decided to liquidate any remaining FTT on our books. 1/4
> — CZ 🔶 Binance (@cz_binance) November 6, 2022

Alameda's CEO, meanwhile, tweeted that her trading firm's financial condition is stronger than what was reflected by the balance sheet CoinDesk wrote about. She also offered, in a reply to the Binance CEO's post, to buy his firm's FTT token holdings for $22 each.

> @cz_binance if you're looking to minimize the market impact on your FTT sales, Alameda will happily buy it all from you today at $22!
> — Caroline (@carolinecapital) November 6, 2022

Speculation over the FTT token led to extreme price volatility amid the back-and-forth Twitter exchange.

*Read more: Divisions in Sam Bankman-Fried's Crypto Empire Blur on His Trading Titan Alameda's Balance Sheet*

In his initial tweet, Zhao said Binance's sale would be executed in a way that "minimizes market impact" and could take "a few months to complete."

Blockchain explorer Etherscan showed an address moving 23 million FTT (worth approximately $530 million) to a Binance exchange wallet Saturday afternoon.

🚨 ⚠️ Transfer $583M worth of $FTX Token from 0x04b4 to 0x28c6 on Ethereum 💎 https://t.co/zwjwAFxdlu —
DeFi Sniper (@DefiSniper) November 5, 2022

The price of FTT declined 14% over a 24-hour period to $22.02, its lowest price since June, according to CoinMarketCap. As of press time, the price of FTT rebounded to $23.03.

Zhao's announcement comes after rumors swirled about the financial health of Sam Bankman-Fried's trading firm Alameda Research after a leaked balance sheet reviewed by CoinDesk revealed the trading firm owned $5.8 billion of FTT tokens (including FTT tokens pledged as collateral) as of June 30. Alameda was revealed to have $14.6 billion in assets and $8 billion in liabilities, including $7.4 billion in unidentified loans.

On Saturday, Alameda Research CEO Caroline Ellison responded to the rumors by tweeting that Alameda had over $10 billion of assets "not reflected" on the leaked balance sheet. Ellison added that Alameda had undisclosed hedges in place and had already returned a bulk of their outstanding loans.

Zhao added that the sale of Binance's FTT holdings was not to be interpreted as a slight against a competitor exchange.

"We typically hold tokens for the long term. And we have held on to this token for this long," he tweeted. "We stay transparent with our actions."

*UPDATE (Nov. 6, 17:17 UTC):* Adds additional context in body, details from Etherscan.

*UPDATE (Nov. 6, 18:10 UTC):* Updates FTT price.

*STORY CONTINUES BELOW*

---

**Recommended for you:**

- Bitcoin Breaks Below Key Technical Indicator, but Appears Poised to Continue Its Flat Trajectory
- How the Top 1% Covers Crypto
- Musk's Milady Meme, Opening Up Ordinals

---

Newsletter → | Every Thursday

## Crypto for Advisors

Sign up for Crypto for Advisors, our weekly newsletter defining crypto, digital assets and the future of finance.

Enter your Email                                                                    Sign Up

*By clicking 'Sign Up', you agree to receive newsletter from CoinDesk as well as other partner offers and accept our terms of services and privacy policy.*

## DISCLOSURE

*Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.*

*The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.*



### Tracy Wang

Tracy is a deputy managing editor at CoinDesk. She owns BTC, ETH, MINA, ENS and some NFTs.

Follow @0x_tracy on Twitter



### Oliver Knight

Oliver Knight is a CoinDesk reporter based between London and Lisbon. He does not own any crypto.

Follow @OKnightCrypto on Twitter

Learn more about **Consensus 2024**, CoinDesk's longest-running and most influential event that brings together all sides of crypto, blockchain and Web3. Head to **consensus.coindesk.com** to register and buy your pass now.

## Read more about

( FTX ) ( Binance ) ( Sam Bankman-Fried ) ( Changpeng "CZ" Zhao ) ( FTT )

## For You

Recommended by Outbrain |▷



### This AI stock will revolutionize the food...

Financial Star News



### The Most Pleasing Game of 2023

BuzzDaily Winners



### California Will Cover Cost to Install Solar...

EasySolar



### Elon Musk says Twitter to change logo, 'adieu...

Nikkei Asia

CoinDesk

## About

About
Masthead
Contributors
Careers
Company News

## Stay Updated

Consensus
CoinDesk Studios
Newsletters
Follow

## Get In Touch

Contact Us
Advertise
Accessibility Help
Sitemap

## The Fine Print

Ethics Policy
Privacy
Terms Of Use
Do Not Sell My Personal Information

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

*©2023 CoinDesk*

English