# EXHIBIT 11

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| BUSD-U... Binance USD USD | 1.0002 | -0.0004 | -0.04% |
| NEAR-U... NEAR Protocol USD | 1.1047 | -0.0239 | -2.11% |
| DAI-USD Dai USD | 0.9997 | -0.0006 | -0.0606% |
| ATOM-... Cosmos USD | 7.05 | -0.03 | -0.40% |
| USDC-U... USDCoin USD | 1.0001 | -0.0003 | -0.0261% |

## FTX Token USD (FTT-USD)
CoinMarketCap - Currency in USD

**1.0456** +0.0019 (+0.1822%)
As of 04:53PM UTC. Market open.



Show: Historical Prices

**Apply**

↓ Download

| | | | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| | | | 1.0404 | 1.0456 | 1.0456 | 4,456,614 |
| | | | 1.0364 | 1.0477 | 1.0477 | 4,291,733 |
| | | | 1.0303 | 1.0459 | 1.0459 | 5,065,318 |
| Sep 14, 2023 | 1.0543 | 1.0743 | 1.0373 | 1.0484 | 1.0484 | 9,110,750 |
| Sep 13, 2023 | 1.0373 | 1.1808 | 1.0316 | 1.0543 | 1.0543 | 19,558,540 |
| Sep 12, 2023 | 0.9979 | 1.0615 | 0.9889 | 1.0373 | 1.0373 | 11,663,717 |
| Sep 11, 2023 | 1.0559 | 1.0706 | 0.9659 | 0.9979 | 0.9979 | 14,689,796 |
| Sep 10, 2023 | 1.1760 | 1.1766 | 1.0475 | 1.0564 | 1.0564 | 9,975,544 |
| Sep 09, 2023 | 1.0528 | 1.2032 | 1.0508 | 1.1748 | 1.1748 | 20,264,495 |
| Sep 08, 2023 | 1.0470 | 1.0614 | 1.0359 | 1.0529 | 1.0529 | 5,298,266 |
| Sep 07, 2023 | 1.0457 | 1.0608 | 1.0358 | 1.0469 | 1.0469 | 4,932,523 |
| Sep 06, 2023 | 1.0387 | 1.0619 | 1.0322 | 1.0456 | 1.0456 | 5,246,630 |
| Sep 05, 2023 | 1.0651 | 1.0675 | 1.0350 | 1.0386 | 1.0386 | 5,588,787 |
| Sep 04, 2023 | 1.0647 | 1.0860 | 1.0374 | 1.0648 | 1.0648 | 9,168,375 |
| Sep 03, 2023 | 1.0342 | 1.0722 | 1.0228 | 1.0648 | 1.0648 | 6,950,012 |
| Sep 02, 2023 | 1.0086 | 1.0539 | 1.0066 | 1.0344 | 1.0344 | 7,834,071 |
| Sep 01, 2023 | 1.0149 | 1.0233 | 1.0009 | 1.0085 | 1.0085 | 6,647,481 |
| Aug 31, 2023 | 1.0339 | 1.0417 | 1.0053 | 1.0150 | 1.0150 | 6,454,987 |
| Aug 30, 2023 | 1.0457 | 1.0631 | 1.0278 | 1.0335 | 1.0335 | 6,851,737 |

*Close price adjusted for splits.   **Adjusted close price adjusted for splits and dividends and/or capital gain distributions.

### People Also Watch



| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Aug 28, 2023 | 1.0349 | 1.0352 | 1.0074 | 1.0176 | 1.0176 | 5,818,104 |
| Aug 27, 2023 | 1.0415 | 1.0611 | 1.0305 | 1.0350 | 1.0350 | 7,007,831 |
| Aug 26, 2023 | 1.0125 | 1.0726 | 1.0027 | 1.0413 | 1.0413 | 8,253,434 |
| Aug 25, 2023 | 1.0518 | 1.0518 | 0.9659 | 1.0125 | 1.0125 | 9,934,429 |
| Aug 24, 2023 | 1.0936 | 1.0936 | 1.0310 | 1.0522 | 1.0522 | 9,084,982 |
| Aug 23, 2023 | 1.0878 | 1.1179 | 1.0692 | 1.0938 | 1.0938 | 11,488,737 |
| Aug 22, 2023 | 1.0470 | 1.1060 | 1.0339 | 1.0883 | 1.0883 | 12,836,117 |
| Aug 21, 2023 | 1.0725 | 1.0772 | 1.0249 | 1.0470 | 1.0470 | 9,904,512 |
| Aug 20, 2023 | 1.0969 | 1.0978 | 1.0477 | 1.0726 | 1.0726 | 9,629,080 |
| Aug 19, 2023 | 0.9647 | 1.1513 | 0.9577 | 1.0969 | 1.0969 | 23,561,682 |
| Aug 18, 2023 | 0.9237 | 0.9689 | 0.9122 | 0.9646 | 0.9646 | 11,770,544 |
| Aug 17, 2023 | 1.0285 | 1.0423 | 0.9074 | 0.9236 | 0.9236 | 12,816,597 |
| Aug 16, 2023 | 1.0386 | 1.0701 | 1.0219 | 1.0285 | 1.0285 | 8,874,126 |
| Aug 15, 2023 | 1.1612 | 1.1850 | 1.0384 | 1.0385 | 1.0385 | 18,409,894 |
| | | | 1.1490 | 1.1611 | 1.1611 | 7,256,614 |
| | | | 1.1583 | 1.1605 | 1.1605 | 6,665,614 |
| | | | 1.1466 | 1.1704 | 1.1704 | 8,956,168 |
| | | | 1.1464 | 1.1507 | 1.1507 | 8,127,298 |
| Aug 10, 2023 | 1.1880 | 1.1893 | 1.1638 | 1.1750 | 1.1750 | 8,046,196 |
| Aug 09, 2023 | 1.2096 | 1.2114 | 1.1797 | 1.1880 | 1.1880 | 11,318,574 |
| Aug 08, 2023 | 1.1500 | 1.2334 | 1.1480 | 1.2103 | 1.2103 | 16,683,404 |
| Aug 07, 2023 | 1.2396 | 1.2546 | 1.1039 | 1.1505 | 1.1505 | 18,696,745 |
| Aug 06, 2023 | 1.2340 | 1.2692 | 1.2328 | 1.2396 | 1.2396 | 9,859,581 |
| Aug 05, 2023 | 1.2630 | 1.2656 | 1.2257 | 1.2338 | 1.2338 | 10,126,399 |
| Aug 04, 2023 | 1.2527 | 1.3045 | 1.2449 | 1.2630 | 1.2630 | 12,869,528 |
| Aug 03, 2023 | 1.3362 | 1.3412 | 1.2391 | 1.2526 | 1.2526 | 18,339,558 |
| Aug 02, 2023 | 1.3849 | 1.3882 | 1.3290 | 1.3363 | 1.3363 | 15,801,973 |
| Aug 01, 2023 | 1.3456 | 1.6001 | 1.3402 | 1.3852 | 1.3852 | 52,963,995 |
| Jul 31, 2023 | 1.3699 | 1.3752 | 1.3331 | 1.3457 | 1.3457 | 7,457,031 |
| Jul 30, 2023 | 1.3904 | 1.3936 | 1.3579 | 1.3699 | 1.3699 | 8,413,043 |
| Jul 29, 2023 | 1.4286 | 1.4286 | 1.3899 | 1.3901 | 1.3901 | 9,329,702 |
| Jul 28, 2023 | 1.3810 | 1.4293 | 1.3678 | 1.4287 | 1.4287 | 13,118,961 |
| Jul 27, 2023 | 1.3866 | 1.3911 | 1.3492 | 1.3808 | 1.3808 | 12,743,654 |
| Jul 26, 2023 | 1.3561 | 1.3727 | 1.3341 | 1.3595 | 1.3595 | 11,123,657 |
| | | | 1.3287 | 1.3559 | 1.3559 | 11,534,331 |

People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| BUSD-USD Binance USD USD | 1.0002 | -0.0004 | -0.04% |
| NEAR-U... NEAR Protocol USD | 1.1047 | -0.0239 | -2.11% |
| DAI-USD Dai USD | 0.9997 | -0.0006 | -0.0606% |
| ATOM-... Cosmos USD | 7.05 | -0.03 | -0.40% |
| USDC-U... USD Coin USD | 1.0001 | -0.0003 | -0.0346% |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jul 24, 2023 | 1.4310 | 1.4244 | 1.3407 | 1.3471 | 1.3471 | 14,183,292 |
| Jul 23, 2023 | 1.4604 | 1.4691 | 1.4049 | 1.4211 | 1.4211 | 12,663,909 |
| Jul 22, 2023 | 1.4145 | 1.4888 | 1.4091 | 1.4603 | 1.4603 | 18,699,897 |
| Jul 21, 2023 | 1.4176 | 1.4549 | 1.3689 | 1.4146 | 1.4146 | 18,493,288 |
| Jul 20, 2023 | 1.4534 | 1.5005 | 1.4066 | 1.4177 | 1.4177 | 15,456,371 |
| Jul 19, 2023 | 1.4885 | 1.5509 | 1.4519 | 1.4534 | 1.4534 | 17,739,409 |
| Jul 18, 2023 | 1.5817 | 1.5872 | 1.4764 | 1.4883 | 1.4883 | 19,968,489 |
| Jul 17, 2023 | 1.6423 | 1.6569 | 1.5600 | 1.5818 | 1.5818 | 18,440,136 |
| Jul 16, 2023 | 1.5743 | 1.7161 | 1.5737 | 1.6439 | 1.6439 | 26,027,945 |
| Jul 15, 2023 | 1.5872 | 1.6478 | 1.5623 | 1.5744 | 1.5744 | 21,975,739 |
| Jul 14, 2023 | 1.5588 | 1.7025 | 1.5397 | 1.5872 | 1.5872 | 40,734,367 |
| Jul 13, 2023 | 1.5470 | 1.6792 | 1.5052 | 1.5589 | 1.5589 | 49,165,954 |
| Jul 12, 2023 | 1.6057 | 1.7498 | 1.5470 | 1.5470 | 1.5470 | 49,850,496 |
| Jul 11, 2023 | 1.3847 | 1.7974 | 1.3833 | 1.6057 | 1.6057 | 83,288,089 |
| | | | 1.3609 | 1.3845 | 1.3845 | 15,503,045 |
| | | | 1.4454 | 1.4470 | 1.4470 | 11,225,299 |
| | | | 1.4548 | 1.5292 | 1.5292 | 19,213,392 |
| | | | 1.4277 | 1.4605 | 1.4605 | 16,947,802 |
| Jul 06, 2023 | 1.5419 | 1.6099 | 1.4647 | 1.4796 | 1.4796 | 24,188,938 |
| Jul 05, 2023 | 1.4687 | 1.6896 | 1.4564 | 1.5411 | 1.5411 | 64,622,570 |
| Jul 04, 2023 | 1.5115 | 1.5531 | 1.4309 | 1.4687 | 1.4687 | 22,471,182 |
| Jul 03, 2023 | 1.6651 | 1.7729 | 1.4837 | 1.5119 | 1.5119 | 47,595,778 |
| Jul 02, 2023 | 1.6708 | 1.7643 | 1.5324 | 1.6649 | 1.6649 | 52,978,853 |
| Jul 01, 2023 | 1.9358 | 1.9358 | 1.6593 | 1.6709 | 1.6709 | 74,676,388 |
| Jun 30, 2023 | 2.0685 | 2.4258 | 1.8245 | 1.9369 | 1.9369 | 177,907,300 |
| Jun 29, 2023 | 1.7795 | 2.1147 | 1.6533 | 2.0714 | 2.0714 | 144,209,768 |
| Jun 28, 2023 | 1.3362 | 1.8120 | 1.2125 | 1.7864 | 1.7864 | 128,195,028 |
| Jun 27, 2023 | 1.2553 | 1.3778 | 1.2180 | 1.3370 | 1.3370 | 36,266,655 |
| Jun 26, 2023 | 1.1250 | 1.4110 | 1.0594 | 1.2549 | 1.2549 | 56,055,598 |
| Jun 25, 2023 | 1.0171 | 1.1796 | 1.0086 | 1.1245 | 1.1245 | 26,190,023 |
| Jun 24, 2023 | 1.0976 | 1.1114 | 0.9819 | 1.0148 | 1.0148 | 16,766,329 |
| | 1.0610 | 1.2323 | 1.0185 | 1.0973 | 1.0973 | 37,030,274 |
| | 1.0325 | 1.1420 | 0.9507 | 1.0606 | 1.0606 | 26,070,206 |
| Jun 21, 2023 | 0.9393 | 0.9778 | 0.9377 | 0.9656 | 0.9656 | 8,941,941 |
| | | | 0.9129 | 0.9394 | 0.9394 | 6,127,956 |

| Symbol | Last Price | Change | % Change |
| --- | --- | --- | --- |
| BUSD-U... Binance USD USD | 1.0002 | 0.0004 | -0.04% |
| NEAR-U... NEAR Protocol USD | 1.1047 | -0.0239 | -2.11% |
| DAI-USD Dai USD | 0.9997 | -0.0006 | -0.0606% |
| ATOM-... Cosmos USD | 7.05 | -0.03 | -0.40% |
| USDC-U... USD Coin USD | 1.0001 | -0.0003 | -0.0346% |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
| --- | --- | --- | --- | --- | --- | --- |
| Jun 19, 2023 | 0.8937 | 0.9561 | 0.8932 | 0.9325 | 0.9325 | 8,638,857 |
| Jun 18, 2023 | 0.9159 | 0.9384 | 0.8875 | 0.8934 | 0.8934 | 5,546,894 |
| Jun 17, 2023 | 0.8956 | 0.9179 | 0.8811 | 0.9159 | 0.9159 | 5,832,646 |
| Jun 16, 2023 | 0.9064 | 0.9347 | 0.8812 | 0.8961 | 0.8961 | 8,909,540 |
| Jun 15, 2023 | 0.8119 | 0.9707 | 0.8076 | 0.9068 | 0.9068 | 20,204,439 |
| Jun 14, 2023 | 0.8439 | 0.8739 | 0.7978 | 0.8117 | 0.8117 | 7,840,902 |
| Jun 13, 2023 | 0.8182 | 0.8784 | 0.8110 | 0.8439 | 0.8439 | 7,085,468 |
| Jun 12, 2023 | 0.8171 | 0.8238 | 0.7872 | 0.8179 | 0.8179 | 5,954,136 |
| Jun 11, 2023 | 0.8283 | 0.8327 | 0.8123 | 0.8170 | 0.8170 | 5,240,282 |
| Jun 10, 2023 | 0.9442 | 0.9460 | 0.7763 | 0.8279 | 0.8279 | 16,047,336 |
| Jun 09, 2023 | 1.0982 | 1.1121 | 0.9155 | 0.9438 | 0.9438 | 22,011,448 |
| Jun 08, 2023 | 0.9070 | 1.1778 | 0.9044 | 1.0984 | 1.0984 | 50,777,083 |
| Jun 07, 2023 | 0.8930 | 0.9266 | 0.8658 | 0.9072 | 0.9072 | 11,587,951 |
| Jun 06, 2023 | 0.8706 | 0.9116 | 0.8437 | 0.8931 | 0.8931 | 7,644,940 |
| | | | 0.8476 | 0.8710 | 0.8710 | 11,570,681 |
| | | | 0.9306 | 0.9701 | 0.9701 | 13,525,776 |
| | | | 0.9350 | 0.9357 | 0.9357 | 4,188,409 |
| | | | 0.9345 | 0.9740 | 0.9740 | 6,168,767 |
| Jun 01, 2023 | 0.9542 | 0.9575 | 0.9298 | 0.9354 | 0.9354 | 6,332,228 |
| May 31, 2023 | 0.9682 | 0.9865 | 0.9386 | 0.9540 | 0.9540 | 10,493,149 |
| May 30, 2023 | 1.0059 | 1.0118 | 0.9637 | 0.9683 | 0.9683 | 6,935,976 |
| May 29, 2023 | 1.0273 | 1.0410 | 0.9973 | 1.0058 | 1.0058 | 5,913,373 |
| May 28, 2023 | 1.0146 | 1.0350 | 1.0087 | 1.0272 | 1.0272 | 6,158,244 |
| May 27, 2023 | 1.0151 | 1.0203 | 0.9995 | 1.0146 | 1.0146 | 4,732,958 |
| May 26, 2023 | 1.0237 | 1.0237 | 0.9929 | 1.0148 | 1.0148 | 6,268,502 |
| May 25, 2023 | 1.0110 | 1.0399 | 0.9921 | 1.0236 | 1.0236 | 7,218,938 |
| May 24, 2023 | 1.0885 | 1.0912 | 0.9878 | 1.0111 | 1.0111 | 9,576,431 |
| May 23, 2023 | 1.0761 | 1.1600 | 1.0668 | 1.0891 | 1.0891 | 21,102,856 |
| May 22, 2023 | 1.0080 | 1.1911 | 0.9693 | 1.0737 | 1.0737 | 14,189,459 |
| May 21, 2023 | 1.0338 | 1.0586 | 0.9899 | 1.0081 | 1.0081 | 5,887,107 |
| May 20, 2023 | 1.0787 | 1.0792 | 0.9618 | 1.0339 | 1.0339 | 11,457,112 |
| | 1.1035 | 1.1038 | 1.0687 | 1.0782 | 1.0782 | 5,110,773 |
| May 18, 2023 | | 1.1673 | 1.0897 | 1.1034 | 1.1034 | 7,818,974 |
| May 17, 2023 | 1.0832 | 1.2097 | 1.0704 | 1.1572 | 1.1572 | 15,042,992 |
| | | | 1.0490 | 1.0833 | 1.0833 | 5,576,314 |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.

yahoo/finance

NEW: EXPERIENCE OUR BEST CHARTS YET.
Explore new charts

Finance Home  Watchlists  My Portfolio  Markets  News  Videos  Yahoo Finance Plus  Screeners

People Also Watch

| Symbol | Last Price |
|---|---|
| BUSD-U... Binance USD USD | 1.0002 |
| NEAR-U... NEAR Protocol USD | 1.1047 |
| DAI-USD Dai USD | 0.9997 |
| ATOM-... Cosmos USD | 7.05 |
| USDC-U... USD Coin USD | 1.0001 |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| May 15, 2023 | 1.0939 -0.0004 | 1.1332 -0.04% | 1.0870 | 1.0943 | 1.0943 | 5,605,271 |
| May 14, 2023 | 1.0807 -0.0239 | 1.1211 -2.11% | 1.0730 | 1.0938 | 1.0938 | 5,471,905 |
| May 13, 2023 | 1.0996 -0.0006 | 1.1301 -0.0606% | 1.0737 | 1.0809 | 1.0809 | 5,307,139 |
| May 12, 2023 | 1.1170 | 1.1224 | 1.0315 | 1.1003 | 1.1003 | 8,938,216 |
| May 11, 2023 | 1.1697 -0.03 | 1.2332 -0.40% | 1.0952 | 1.1172 | 1.1172 | 10,673,143 |
| May 10, 2023 | 1.2936 -0.0003 | 1.3345 -0.0346% | 1.1231 | 1.1696 | 1.1696 | 14,447,057 |
| May 09, 2023 | 1.2642 | 1.3491 | 1.2161 | 1.2932 | 1.2932 | 8,085,478 |
| May 08, 2023 | 1.3338 | 1.3437 | 1.2110 | 1.2641 | 1.2641 | 12,866,781 |
| May 07, 2023 | 1.3637 | 1.3921 | 1.3346 | 1.3355 | 1.3355 | 5,919,470 |
| May 06, 2023 | 1.4488 | 1.4552 | 1.3512 | 1.3638 | 1.3638 | 8,815,243 |
| May 05, 2023 | 1.4817 | 1.4893 | 1.4120 | 1.4488 | 1.4488 | 10,972,477 |
| May 04, 2023 | 1.4588 | 1.5964 | 1.4422 | 1.4862 | 1.4862 | 22,162,396 |
| May 03, 2023 | 1.4250 | 1.5815 | 1.3169 | 1.4589 | 1.4589 | 23,488,764 |
| May 02, 2023 | 1.4236 | 1.4646 | 1.4154 | 1.4249 | 1.4249 | 8,498,621 |
| | | | 1.4099 | 1.4272 | 1.4272 | 13,127,367 |
| | | | 1.5201 | 1.5201 | 1.5201 | 21,633,392 |
| | | | 1.4989 | 1.5429 | 1.5429 | 11,939,609 |
| | | | 1.4877 | 1.5187 | 1.5187 | 13,085,706 |
| Apr 27, 2023 | 1.5618 | 1.6024 | 1.5117 | 1.5374 | 1.5374 | 15,858,781 |
| Apr 26, 2023 | 1.6266 | 1.7012 | 1.5255 | 1.5617 | 1.5617 | 18,412,280 |
| Apr 25, 2023 | 1.6352 | 1.6709 | 1.5595 | 1.6273 | 1.6273 | 17,241,372 |
| Apr 24, 2023 | 1.6279 | 1.6933 | 1.5795 | 1.6352 | 1.6352 | 15,599,533 |
| Apr 23, 2023 | 1.7598 | 1.7601 | 1.6031 | 1.6284 | 1.6284 | 10,710,067 |
| Apr 22, 2023 | 1.6786 | 1.7601 | 1.6601 | 1.7601 | 1.7601 | 12,961,819 |
| Apr 21, 2023 | 1.8204 | 1.9233 | 1.6712 | 1.6782 | 1.6782 | 28,266,329 |
| Apr 20, 2023 | 1.9238 | 1.9858 | 1.7657 | 1.8203 | 1.8203 | 22,670,107 |
| Apr 19, 2023 | 2.1548 | 2.2125 | 1.9111 | 1.9244 | 1.9244 | 60,213,003 |
| Apr 18, 2023 | 1.7889 | 2.2800 | 1.7722 | 2.1553 | 2.1553 | 90,843,854 |
| Apr 17, 2023 | 1.9550 | 1.9550 | 1.7589 | 1.7884 | 1.7884 | 23,839,744 |
| Apr 16, 2023 | 2.0104 | 2.0194 | 1.8920 | 1.9543 | 1.9543 | 24,605,958 |
| Apr 15, 2023 | 2.0635 | 2.1843 | 1.9883 | 2.0107 | 2.0107 | 42,235,928 |
| | 2.0608 | 2.1734 | 1.9066 | 2.0651 | 2.0651 | 100,791,796 |
| Apr 13, 2023 | 2.4455 | 2.5007 | 1.9955 | 2.0611 | 2.0611 | 213,131,572 |
| Apr 12, 2023 | 1.3823 | 2.7384 | 1.3052 | 2.4442 | 2.4442 | 390,009,258 |
| | | | 1.2650 | 1.3824 | 1.3824 | 19,827,681 |

Data Disclaimer   Help   Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads   Sitemap
© 2023 Yahoo. All rights reserved.

yahoo/finance

**NEW: EXPERIENCE OUR BEST CHARTS YET.**

Explore new charts

Finance Home   Watchlists   My Portfolio   Markets   News   Videos   Yahoo Finance Plus   Screeners   ...

**People Also Watch**

| Symbol | Last Price | | | | | | |
|---|---|---|---|---|---|---|---|
| BUSD-U... Binance USD USD | 1.0002 | -0.0004 | -0.04% | | | | |
| NEAR-U... NEAR Protocol USD | 1.1047 | -0.0239 | -2.11% | | | | |
| DAI-USD Dai USD | 0.9997 | -0.0006 | -0.0606% | | | | |
| ATOM-... Cosmos USD | 7.05 | -0.03 | -0.40% | | | | |
| USDC-U... USD Coin USD | 1.0001 | -0.0003 | -0.0346% | | | | |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Apr 10, 2023 | 1.2536 | 1.2694 | 1.2448 | 1.2691 | 1.2691 | 4,519,875 |
| Apr 09, 2023 | 1.2652 | 1.2758 | 1.2440 | 1.2533 | 1.2533 | 4,145,528 |
| Apr 08, 2023 | 1.2492 | 1.3058 | 1.2420 | 1.2653 | 1.2653 | 6,458,613 |
| Apr 07, 2023 | 1.2742 | 1.2845 | 1.2465 | 1.2491 | 1.2491 | 3,708,032 |
| Apr 06, 2023 | 1.3031 | 1.3036 | 1.2662 | 1.2740 | 1.2740 | 4,870,569 |
| Apr 05, 2023 | 1.2883 | 1.3355 | 1.2793 | 1.3037 | 1.3037 | 8,311,435 |
| Apr 04, 2023 | 1.2698 | 1.2970 | 1.2592 | 1.2866 | 1.2866 | 4,860,836 |
| Apr 03, 2023 | 1.2996 | 1.3046 | 1.2420 | 1.2697 | 1.2697 | 6,526,602 |
| Apr 02, 2023 | 1.3230 | 1.3380 | 1.2940 | 1.2996 | 1.2996 | 4,630,745 |
| Apr 01, 2023 | 1.3368 | 1.3407 | 1.3174 | 1.3180 | 1.3180 | 4,380,332 |
| Mar 31, 2023 | 1.3130 | 1.3650 | 1.3104 | 1.3367 | 1.3367 | 7,401,369 |
| Mar 30, 2023 | 1.3159 | 1.3402 | 1.2930 | 1.3130 | 1.3130 | 6,703,447 |
| Mar 29, 2023 | 1.3337 | 1.4183 | 1.3066 | 1.3159 | 1.3159 | 10,562,830 |
| Mar 28, 2023 | 1.2519 | 1.3520 | 1.2477 | 1.3337 | 1.3337 | 11,075,155 |
| | | | 1.2425 | 1.2524 | 1.2524 | 5,427,031 |
| | | | 1.2898 | 1.2971 | 1.2971 | 6,323,015 |
| | | | 1.2482 | 1.3000 | 1.3000 | 9,435,788 |
| | | | 1.2285 | 1.2770 | 1.2770 | 7,976,648 |
| Mar 23, 2023 | 1.3465 | 1.3690 | 1.3042 | 1.3634 | 1.3634 | 9,546,183 |
| Mar 22, 2023 | 1.4443 | 1.4898 | 1.2939 | 1.3465 | 1.3465 | 10,824,148 |
| Mar 21, 2023 | 1.3775 | 1.5491 | 1.3565 | 1.4436 | 1.4436 | 22,695,655 |
| Mar 20, 2023 | 1.4506 | 1.4508 | 1.3272 | 1.3784 | 1.3784 | 15,896,443 |
| Mar 19, 2023 | 1.4478 | 1.6484 | 1.4364 | 1.4506 | 1.4506 | 33,883,034 |
| Mar 18, 2023 | 1.1698 | 1.7137 | 1.1663 | 1.4477 | 1.4477 | 87,168,384 |
| Mar 17, 2023 | 1.1274 | 1.1869 | 1.1235 | 1.1696 | 1.1696 | 6,700,923 |
| Mar 16, 2023 | 1.1087 | 1.1399 | 1.0928 | 1.1274 | 1.1274 | 4,743,100 |
| Mar 15, 2023 | 1.1923 | 1.2231 | 1.1019 | 1.1034 | 1.1034 | 7,191,438 |
| Mar 14, 2023 | 1.1433 | 1.2558 | 1.1377 | 1.1926 | 1.1926 | 11,551,056 |
| Mar 13, 2023 | 1.1134 | 1.1559 | 1.0759 | 1.1425 | 1.1425 | 8,785,694 |
| Mar 12, 2023 | 1.0343 | 1.1172 | 1.0220 | 1.1127 | 1.1127 | 4,852,715 |
| Mar 11, 2023 | 1.0918 | 1.1274 | 0.9891 | 1.0336 | 1.0336 | 6,977,976 |
| | 1.1411 | 1.1413 | 1.0308 | 1.0959 | 1.0959 | 7,898,565 |
| Mar 09, 2023 | 1.1919 | 1.2231 | 1.1275 | 1.1404 | 1.1404 | 12,357,258 |
| Mar 08, 2023 | 1.2524 | 1.2711 | 1.1749 | 1.1766 | 1.1766 | 5,846,573 |
| | | | 1.2375 | 1.2517 | 1.2517 | 5,669,200 |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.

People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| BUSD-U... Binance USD USD | 1.0002 | -0.0004 | -0.04% |
| NEAR-U... NEAR Protocol USD | 1.1047 | -0.0239 | -2.11% |
| DAI-USD Dai USD | 0.9997 | -0.0006 | -0.0606% |
| ATOM-... Cosmos USD | 7.05 | -0.03 | -0.40% |
| USDC-U... USD Coin USD | 1.0001 | -0.0003 | -0.0346% |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Mar 06, 2023 | 1.2642 | 1.3735 | 1.2595 | 1.3219 | 1.3219 | 9,668,899 |
| Mar 05, 2023 | 1.2533 | 1.2898 | 1.2526 | 1.2646 | 1.2646 | 3,908,325 |
| Mar 04, 2023 | 1.2816 | 1.3018 | 1.2417 | 1.2532 | 1.2532 | 5,267,904 |
| Mar 03, 2023 | 1.4222 | 1.4256 | 1.2268 | 1.2824 | 1.2824 | 9,383,083 |
| Mar 02, 2023 | 1.4820 | 1.4952 | 1.4079 | 1.4225 | 1.4225 | 5,455,087 |
| Mar 01, 2023 | 1.4467 | 1.4887 | 1.4352 | 1.4818 | 1.4818 | 6,553,937 |
| Feb 28, 2023 | 1.5009 | 1.5206 | 1.4424 | 1.4452 | 1.4452 | 5,965,467 |
| Feb 27, 2023 | 1.5419 | 1.5688 | 1.4854 | 1.5011 | 1.5011 | 5,193,274 |
| Feb 26, 2023 | 1.4850 | 1.5550 | 1.4799 | 1.5413 | 1.5413 | 6,757,179 |
| Feb 25, 2023 | 1.5286 | 1.5457 | 1.4529 | 1.4847 | 1.4847 | 6,234,909 |
| Feb 24, 2023 | 1.5806 | 1.6022 | 1.5035 | 1.5277 | 1.5277 | 7,396,111 |
| Feb 23, 2023 | 1.5776 | 1.6630 | 1.5744 | 1.5819 | 1.5819 | 9,554,243 |
| Feb 22, 2023 | 1.6293 | 1.6450 | 1.5229 | 1.5773 | 1.5773 | 10,851,061 |
| Feb 21, 2023 | 1.7024 | 1.7278 | 1.6186 | 1.6294 | 1.6294 | 15,228,078 |
| | | | 1.5794 | 1.7033 | 1.7033 | 49,491,487 |
| | | | 1.5950 | 1.5962 | 1.5962 | 9,361,987 |
| | | | 1.5987 | 1.6233 | 1.6233 | 7,582,376 |
| | | | 1.5427 | 1.6435 | 1.6435 | 19,359,981 |
| Feb 16, 2023 | 1.6858 | 1.7079 | 1.5448 | 1.5448 | 1.5448 | 13,665,007 |
| Feb 15, 2023 | 1.5983 | 1.7116 | 1.5695 | 1.6865 | 1.6865 | 11,309,183 |
| Feb 14, 2023 | 1.5542 | 1.6186 | 1.5189 | 1.5986 | 1.5986 | 9,733,614 |
| Feb 13, 2023 | 1.7085 | 1.7299 | 1.5089 | 1.5540 | 1.5540 | 17,216,905 |
| Feb 12, 2023 | 1.6236 | 1.7671 | 1.6138 | 1.7101 | 1.7101 | 16,732,580 |
| Feb 11, 2023 | 1.6216 | 1.6430 | 1.5995 | 1.6237 | 1.6237 | 6,881,134 |
| Feb 10, 2023 | 1.5863 | 1.6925 | 1.5813 | 1.6212 | 1.6212 | 12,008,549 |
| Feb 09, 2023 | 1.9520 | 1.9616 | 1.5736 | 1.5847 | 1.5847 | 26,028,169 |
| Feb 08, 2023 | 2.0392 | 2.1329 | 1.8893 | 1.9513 | 1.9513 | 25,812,531 |
| Feb 07, 2023 | 1.9296 | 2.1086 | 1.9248 | 2.0388 | 2.0388 | 27,059,198 |
| Feb 06, 2023 | 1.9058 | 2.0585 | 1.8756 | 1.9297 | 1.9297 | 19,185,089 |
| Feb 05, 2023 | 1.9729 | 1.9974 | 1.8718 | 1.9068 | 1.9068 | 14,244,472 |
| Feb 04, 2023 | 2.0436 | 2.0773 | 1.9698 | 1.9728 | 1.9728 | 13,601,172 |
| | 1.9135 | 2.1101 | 1.8693 | 2.0434 | 2.0434 | 39,968,326 |
| Feb 02, 2023 | | 1.9373 | 1.8765 | 1.9145 | 1.9145 | 21,997,385 |
| Feb 01, 2023 | 1.9090 | 1.9502 | 1.8359 | 1.9309 | 1.9309 | 12,238,288 |
| | | | 1.8689 | 1.9090 | 1.9090 | 11,328,169 |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

NEW: EXPERIENCE OUR BEST CHARTS YET.

Explore new charts

Finance Home   Watchlists   My Portfolio   Markets   News   Videos   Yahoo Finance Plus   Screeners

People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| BUSD-U... Binance USD USD | 1.0002 | -0.0004 | -0.04% |
| NEAR-U... NEAR Protocol USD | 1.1047 | -0.0239 | -2.11% |
| DAI-USD Dai USD | 0.9997 | -0.0006 | -0.0606% |
| ATOM-... Cosmos USD | 7.05 | -0.03 | -0.40% |
| USDC-U... USD Coin USD | 1.0001 | -0.0003 | -0.0346% |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jan 30, 2023 | 2.0571 | 2.1466 | 1.8567 | 1.8885 | 1.8885 | 28,046,770 |
| Jan 29, 2023 | 1.9184 | 2.1438 | 1.9160 | 2.0568 | 2.0568 | 25,549,850 |
| Jan 28, 2023 | 1.9821 | 2.0677 | 1.9078 | 1.9186 | 1.9186 | 13,187,062 |
| Jan 27, 2023 | 1.8822 | 2.2504 | 1.8127 | 1.9830 | 1.9830 | 33,287,124 |
| Jan 26, 2023 | 1.9642 | 1.9812 | 1.8726 | 1.8818 | 1.8818 | 12,661,888 |
| Jan 25, 2023 | 1.8371 | 2.0389 | 1.8371 | 1.9650 | 1.9650 | 16,380,617 |
| Jan 24, 2023 | 2.1982 | 2.2245 | 1.8066 | 1.8367 | 1.8367 | 19,739,597 |
| Jan 23, 2023 | 2.1053 | 2.3155 | 2.0771 | 2.1995 | 2.1995 | 25,066,026 |
| Jan 22, 2023 | 2.1645 | 2.2668 | 2.0399 | 2.1053 | 2.1053 | 23,675,560 |
| Jan 21, 2023 | 2.4096 | 2.4203 | 2.1636 | 2.1683 | 2.1683 | 34,449,362 |
| Jan 20, 2023 | 2.2946 | 2.4528 | 2.1277 | 2.4124 | 2.4124 | 73,031,526 |
| Jan 19, 2023 | 1.7682 | 2.4990 | 1.7640 | 2.2960 | 2.2960 | 97,255,120 |
| Jan 18, 2023 | 2.0785 | 2.1872 | 1.7215 | 1.7689 | 1.7689 | 52,304,550 |
| Jan 17, 2023 | 2.5117 | 2.5822 | 2.0124 | 2.0766 | 2.0766 | 56,686,818 |
| | | | 2.0738 | 2.5104 | 2.5104 | 132,729,237 |
| | | | 1.6332 | 2.2134 | 2.2134 | 125,651,332 |
| | | | 1.4050 | 1.8467 | 1.8467 | 39,444,976 |
| | | | 1.3444 | 1.4056 | 1.4056 | 12,406,993 |
| Jan 12, 2023 | 1.3021 | 1.4939 | 1.2891 | 1.3808 | 1.3808 | 28,753,405 |
| Jan 11, 2023 | 1.2406 | 1.4420 | 1.1787 | 1.2838 | 1.2838 | 34,552,668 |
| Jan 10, 2023 | 1.3281 | 1.4487 | 1.2039 | 1.2412 | 1.2412 | 38,377,440 |
| Jan 09, 2023 | 0.9130 | 1.5604 | 0.9075 | 1.3250 | 1.3250 | 65,043,827 |
| Jan 08, 2023 | 0.9092 | 0.9176 | 0.8789 | 0.9130 | 0.9130 | 3,333,281 |
| Jan 07, 2023 | 0.9108 | 0.9314 | 0.9047 | 0.9095 | 0.9095 | 2,924,496 |
| Jan 06, 2023 | 0.9441 | 0.9500 | 0.9052 | 0.9104 | 0.9104 | 5,311,608 |
| Jan 05, 2023 | 1.0023 | 1.0179 | 0.9244 | 0.9448 | 0.9448 | 7,914,523 |
| Jan 04, 2023 | 0.8852 | 1.0690 | 0.8813 | 1.0026 | 1.0026 | 26,230,772 |
| Jan 03, 2023 | 0.8623 | 0.9145 | 0.8504 | 0.8852 | 0.8852 | 6,924,982 |
| Jan 02, 2023 | 0.8581 | 0.8865 | 0.8506 | 0.8623 | 0.8623 | 3,696,440 |
| Jan 01, 2023 | 0.8430 | 0.9077 | 0.8245 | 0.8582 | 0.8582 | 13,031,571 |
| Dec 31, 2022 | 0.8390 | 0.8535 | 0.8352 | 0.8427 | 0.8427 | 3,001,502 |
| | 0.8602 | 0.8648 | 0.8266 | 0.8390 | 0.8390 | 3,608,615 |
| Dec 29, 2022 | 0.8527 | 0.8871 | 0.8430 | 0.8602 | 0.8602 | 3,766,980 |
| Dec 28, 2022 | 0.9212 | 0.9257 | 0.8698 | 0.8861 | 0.8861 | 4,192,950 |
| | | | 0.9164 | 0.9237 | 0.9237 | 4,574,953 |

People Also Watch

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| BUSD-U... Binance USD USD | 1.0002 | 0.0004 | -0.04% |
| NEAR-U... NEAR Protocol USD | 1.1047 | -0.0239 | -2.11% |
| DAI-USD Dai USD | 0.9997 | -0.0006 | -0.0606% |
| ATOM-... Cosmos USD | 7.05 | -0.03 | -0.40% |
| USDC-U... USD Coin USD | 1.0001 | -0.0003 | -0.0346% |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Dec 26, 2022 | 0.8946 | 1.0112 | 0.8937 | 0.9307 | 0.9307 | 7,065,306 |
| Dec 25, 2022 | 0.9244 | 0.9355 | 0.8944 | 0.8947 | 0.8947 | 2,577,835 |
| Dec 24, 2022 | 0.9575 | 0.9757 | 0.9211 | 0.9244 | 0.9244 | 5,055,004 |
| Dec 23, 2022 | 1.0271 | 1.0383 | 0.9481 | 0.9570 | 0.9570 | 17,088,963 |
| Dec 22, 2022 | 0.8740 | 1.1272 | 0.8356 | 1.0272 | 1.0272 | 22,418,557 |
| Dec 21, 2022 | 0.9381 | 0.9386 | 0.8609 | 0.8737 | 0.8737 | 4,393,352 |
| Dec 20, 2022 | 0.9607 | 0.9883 | 0.8961 | 0.9381 | 0.9381 | 4,730,871 |
| Dec 19, 2022 | 1.0409 | 1.0687 | 0.8805 | 0.9593 | 0.9593 | 7,124,106 |
| Dec 18, 2022 | 1.0789 | 1.1176 | 1.0358 | 1.0405 | 1.0405 | 4,344,784 |
| Dec 17, 2022 | 1.1431 | 1.1658 | 1.0138 | 1.0791 | 1.0791 | 12,271,453 |
| Dec 16, 2022 | 1.3566 | 1.3706 | 1.1369 | 1.1429 | 1.1429 | 8,129,662 |
| Dec 15, 2022 | 1.3744 | 1.3843 | 1.3377 | 1.3568 | 1.3568 | 5,384,789 |
| Dec 14, 2022 | 1.4051 | 1.4271 | 1.3488 | 1.3713 | 1.3713 | 7,615,573 |
| Dec 13, 2022 | 1.4848 | 1.5124 | 1.3390 | 1.4053 | 1.4053 | 12,070,049 |
| | | | 1.4683 | 1.4833 | 1.4833 | 12,102,268 |
| | | | 1.4627 | 1.5234 | 1.5234 | 18,163,156 |
| | | | 1.5118 | 1.5166 | 1.5166 | 31,771,049 |
| | | | 1.3279 | 1.7005 | 1.7005 | 78,262,646 |
| Dec 08, 2022 | 1.3912 | 1.4171 | 1.3344 | 1.3639 | 1.3639 | 6,249,266 |
| Dec 07, 2022 | 1.4548 | 1.4606 | 1.3717 | 1.3921 | 1.3921 | 6,244,513 |
| Dec 06, 2022 | 1.3914 | 1.4741 | 1.3621 | 1.4547 | 1.4547 | 10,585,396 |
| Dec 05, 2022 | 1.3874 | 1.5160 | 1.3591 | 1.3913 | 1.3913 | 14,118,047 |
| Dec 04, 2022 | 1.3147 | 1.4660 | 1.3147 | 1.3872 | 1.3872 | 12,347,356 |
| Dec 03, 2022 | 1.3067 | 1.3779 | 1.3009 | 1.3147 | 1.3147 | 8,027,320 |
| Dec 02, 2022 | 1.2920 | 1.4258 | 1.2774 | 1.3074 | 1.3074 | 12,288,658 |
| Dec 01, 2022 | 1.3402 | 1.3413 | 1.2883 | 1.2907 | 1.2907 | 6,659,399 |
| Nov 30, 2022 | 1.3042 | 1.4795 | 1.3024 | 1.3399 | 1.3399 | 17,522,894 |
| Nov 29, 2022 | 1.2940 | 1.3223 | 1.2781 | 1.3038 | 1.3038 | 4,903,379 |
| Nov 28, 2022 | 1.3158 | 1.3293 | 1.2820 | 1.2951 | 1.2951 | 6,250,102 |
| Nov 27, 2022 | 1.3645 | 1.3846 | 1.3155 | 1.3155 | 1.3155 | 7,301,184 |
| Nov 26, 2022 | 1.4012 | 1.4299 | 1.3492 | 1.3649 | 1.3649 | 43,773,375 |
| | 1.3755 | 1.5340 | 1.3538 | 1.4005 | 1.4005 | 33,628,058 |
| Nov 24, 2022 | 1.3366 | 1.3995 | 1.2829 | 1.3766 | 1.3766 | 12,158,286 |
| Nov 23, 2022 | 1.3334 | 1.4019 | 1.2721 | 1.2985 | 1.2985 | 46,881,782 |
| | | | 1.2561 | 1.3311 | 1.3311 | 13,157,136 |

People Also Watch

Data Disclaimer   Help   Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads   Sitemap

© 2023 Yahoo. All rights reserved.

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| BUSD-U... Binance USD USD | 1.0002 | -0.0004 | -0.04% |
| NEAR-U... NEAR Protocol USD | 1.1047 | -0.0239 | -2.11% |
| DAI-USD Dai USD | 0.9997 | -0.0006 | -0.0606% |
| ATOM-... Cosmos USD | 7.05 | -0.03 | -0.40% |
| USDC-U... USD Coin USD | 1.0001 | -0.0003 | -0.0346% |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 21, 2022 | 1.3316 | 1.3478 | 1.2446 | 1.2558 | 1.2558 | 15,185,357 |
| Nov 20, 2022 | 1.4166 | 1.5651 | 1.3343 | 1.3343 | 1.3343 | 69,109,014 |
| Nov 19, 2022 | 1.4569 | 1.5134 | 1.3927 | 1.4170 | 1.4170 | 52,442,596 |
| Nov 18, 2022 | 1.5617 | 1.5956 | 1.4262 | 1.4572 | 1.4572 | 55,810,709 |
| Nov 17, 2022 | 1.6253 | 1.6816 | 1.5292 | 1.5617 | 1.5617 | 62,805,548 |
| Nov 16, 2022 | 1.8346 | 1.8424 | 1.5377 | 1.6232 | 1.6232 | 47,902,037 |
| Nov 15, 2022 | 1.4743 | 1.9918 | 1.4073 | 1.8359 | 1.8359 | 121,203,926 |
| Nov 14, 2022 | 1.4901 | 1.7393 | 1.2511 | 1.4748 | 1.4748 | 171,762,575 |
| Nov 13, 2022 | 2.0906 | 2.1725 | 1.4585 | 1.4893 | 1.4893 | 297,515,448 |
| Nov 12, 2022 | 2.5923 | 2.6098 | 1.9006 | 2.0889 | 2.0889 | 361,372,007 |
| Nov 11, 2022 | 3.5153 | 3.6767 | 2.4740 | 2.5904 | 2.5904 | 617,326,125 |
| Nov 10, 2022 | 2.2864 | 4.2021 | 2.1428 | 3.5169 | 3.5169 | 989,320,627 |
| Nov 09, 2022 | 5.5225 | 6.2467 | 2.0567 | 2.3006 | 2.3006 | 1,320,745,564 |
| Nov 08, 2022 | 22.1378 | 22.1378 | 3.1468 | 5.5189 | 5.5189 | 3,346,184,382 |
|  |  |  | 21.9240 | 22.1422 | 22.1422 | 721,168,869 |
|  |  |  | 21.7346 | 22.2693 | 22.2693 | 599,958,722 |
|  |  |  | 23.9597 | 24.0593 | 24.0593 | 108,438,472 |
|  |  |  | 24.1537 | 25.4725 | 25.4725 | 117,760,400 |
| Nov 03, 2022 | 25.0318 | 25.3293 | 24.2982 | 24.3583 | 24.3583 | 96,038,029 |
| Nov 02, 2022 | 25.8718 | 26.2233 | 24.9416 | 25.0316 | 25.0316 | 73,778,707 |
| Nov 01, 2022 | 26.1060 | 26.4021 | 25.6301 | 25.8735 | 25.8735 | 61,710,158 |
| Oct 31, 2022 | 25.6427 | 26.4678 | 25.3982 | 26.1094 | 26.1094 | 102,509,275 |
| Oct 30, 2022 | 25.4316 | 25.9921 | 25.3064 | 25.6476 | 25.6476 | 52,222,119 |
| Oct 29, 2022 | 24.7857 | 25.7389 | 24.7229 | 25.4325 | 25.4325 | 58,563,255 |
| Oct 28, 2022 | 24.2774 | 24.9853 | 24.0212 | 24.7888 | 24.7888 | 52,996,494 |
| Oct 27, 2022 | 24.6496 | 24.9406 | 24.2064 | 24.2698 | 24.2698 | 67,478,045 |
| Oct 26, 2022 | 23.8731 | 24.9119 | 23.8444 | 24.6482 | 24.6482 | 77,828,549 |
| Oct 25, 2022 | 22.7921 | 24.3612 | 22.6983 | 23.8762 | 23.8762 | 72,899,174 |
| Oct 24, 2022 | 23.1466 | 23.2068 | 22.6029 | 22.7926 | 22.7926 | 35,298,132 |
| Oct 23, 2022 | 22.5802 | 23.1849 | 22.4218 | 23.1476 | 23.1476 | 34,691,703 |
| Oct 22, 2022 | 22.4472 | 22.6451 | 22.3597 | 22.5803 | 22.5803 | 26,694,195 |
|  | 22.4103 | 22.5605 | 21.9930 | 22.4479 | 22.4479 | 40,606,993 |
| Oct 20, 2022 | 22.4366 | 22.4794 | 22.2905 | 22.4117 | 22.4117 | 45,835,848 |
| Oct 19, 2022 | 23.5880 | 23.6259 | 22.5797 | 22.5957 | 22.5957 | 73,846,179 |
|  |  |  | 23.3409 | 23.5861 | 23.5861 | 57,930,720 |

Data Disclaimer   Help   Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads   Sitemap
© 2023 Yahoo. All rights reserved.

NEW! EXPERIENCE OUR BEST CHARTS YET.

Explore new charts

Finance Home   Watchlists   My Portfolio   Markets   News   Videos   Yahoo Finance Plus   Screeners

People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| BUSD-U... Binance USD USD | 1.0002 | -0.0004 | -0.04% |
| NEAR-U... NEAR Protocol USD | 1.1047 | -0.0239 | -2.11% |
| DAI-USD Dai USD | 0.9997 | -0.0006 | -0.0606% |
| ATOM-... Cosmos USD | 7.05 | -0.03 | -0.40% |
| USDC-U... USD Coin USD | 1.0001 | -0.0003 | -0.0346% |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Oct 17, 2022 | 23.7325 | 24.2653 | 23.3088 | 24.1262 | 24.1262 | 90,403,514 |
| Oct 16, 2022 | 23.2714 | 23.9046 | 23.2708 | 23.7321 | 23.7321 | 31,592,267 |
| Oct 15, 2022 | 23.4570 | 23.5583 | 23.1717 | 23.2709 | 23.2709 | 30,518,787 |
| Oct 14, 2022 | 23.4396 | 24.1325 | 23.3614 | 23.4581 | 23.4581 | 52,571,806 |
| Oct 13, 2022 | 23.3620 | 23.5574 | 22.1740 | 23.4387 | 23.4387 | 76,588,698 |
| Oct 12, 2022 | 23.2466 | 23.4409 | 23.2269 | 23.3624 | 23.3624 | 33,931,169 |
| Oct 11, 2022 | 23.5688 | 23.5867 | 23.1580 | 23.2458 | 23.2458 | 71,585,206 |
| Oct 10, 2022 | 24.1260 | 24.2606 | 23.5709 | 23.5709 | 23.5709 | 57,700,617 |
| Oct 09, 2022 | 24.1306 | 24.2409 | 23.9720 | 24.1223 | 24.1223 | 26,424,373 |
| Oct 08, 2022 | 24.4965 | 24.5807 | 23.9861 | 24.1318 | 24.1318 | 31,052,653 |
| Oct 07, 2022 | 24.4971 | 25.6182 | 24.2987 | 24.5033 | 24.5033 | 125,620,661 |
| Oct 06, 2022 | 24.7784 | 25.1348 | 24.3878 | 24.4938 | 24.4938 | 52,179,925 |
| Oct 05, 2022 | 25.1177 | 25.1404 | 24.4472 | 24.7770 | 24.7770 | 45,601,574 |
| Oct 04, 2022 | 24.7620 | 25.2487 | 24.6233 | 25.1175 | 25.1175 | 67,348,735 |
| | | | 23.9073 | 24.7633 | 24.7633 | 80,640,104 |
| | | | 23.9615 | 24.0323 | 24.0323 | 37,256,558 |
| | | | 23.9989 | 24.2833 | 24.2833 | 47,612,081 |
| | | | 23.9912 | 24.2403 | 24.2403 | 78,199,832 |
| Sep 29, 2022 | 24.0871 | 24.3196 | 23.5639 | 24.3196 | 24.3196 | 73,869,231 |
| Sep 28, 2022 | 23.6822 | 24.2942 | 22.8876 | 24.0843 | 24.0843 | 80,457,805 |
| Sep 27, 2022 | 24.2077 | 25.0846 | 23.3986 | 23.6862 | 23.6862 | 104,014,641 |
| Sep 26, 2022 | 23.5276 | 24.2095 | 23.2649 | 24.2084 | 24.2084 | 84,494,360 |
| Sep 25, 2022 | 23.6855 | 23.9468 | 23.3122 | 23.5257 | 23.5257 | 37,223,903 |
| Sep 24, 2022 | 23.8869 | 24.0856 | 23.6114 | 23.6864 | 23.6864 | 44,387,525 |
| Sep 23, 2022 | 23.7240 | 24.0012 | 22.9491 | 23.8860 | 23.8860 | 75,668,382 |
| Sep 22, 2022 | 22.7887 | 23.7737 | 22.6615 | 23.7237 | 23.7237 | 64,652,932 |
| Sep 21, 2022 | 23.3474 | 24.1976 | 22.4340 | 22.8049 | 22.8049 | 85,647,341 |
| Sep 20, 2022 | 24.2120 | 24.2869 | 23.2918 | 23.3472 | 23.3472 | 69,945,344 |
| Sep 19, 2022 | 23.4440 | 24.3647 | 22.4998 | 24.2096 | 24.2096 | 108,816,091 |
| Sep 18, 2022 | 24.6436 | 24.6436 | 23.4067 | 23.4435 | 23.4435 | 56,817,692 |
| Sep 17, 2022 | 24.0670 | 24.6660 | 24.0497 | 24.6433 | 24.6433 | 36,208,292 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Data Disclaimer   Help   Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads   Sitemap

© 2023 Yahoo. All rights reserved.