# EXHIBIT 12



# FTX Revenue and Usage Statistics (2023)



**DAVID CURRY**
UPDATED: JANUARY 9, 2023

FTX was one of the newer cryptocurrency platforms which have become wildly popular in 2021, with some pegging it as a key competitor to Coinbase in the retail investor market.

Sam Bankman-Fried and Gary Wang launched FTX in May 2019, two years after Bankman-Fried founded Alameda Research, a quantitative trading firm which specialises in cryptocurrency.

It offered derivatives, options, tokenised stocks, leveraged tokens and an NFT marketplace. It has also launched its own utility token, FTT, which has seen its market value increase by over 850% since the start of the year.

- ADVERTISEMENT -



FTX acquired Blockfolio for $150 million in August 2020, providing it with access to one of the largest cryptocurrency services for retail investors. It is through this app that FTX has acquired most of its mobile users.

It also boosted its profile through sports partnerships, such as a 19-year $135 million naming rights deal with the Miami Heat, a 10-year naming rights deal with e-sports franchise TeamSoloMid.

FTX grew considerably in valuation over the past two years, becoming one of the quickest companies to reach decacorn stage (+$10 billion valuation). It was valued at $18 billion in a funding round which included SoftBank, Coinbase and Sequoia Capital.

On November 2022, CoinDesk reported that Bankman-Fried had been using FTX's altcoin, the FTT token, as an asset for his trading firm Alameda Research. After the report was published, Binance founder Changpeng Zhao announced it was selling all of its holdings in FTT, which led to the coin losing over 85 percent of its value.

This led to the collapse of FTX, which needed $8 billion in funding to avoid bankruptcy. Binance announced it would acquire FTX, but then pulled back on its agreement after viewing FTX's internal documents.

We have collected data and statistics on FTX. Read on below to find out more.

## FTX key statistics

- FTX made $1.02 billion revenue in 2021, an increase on the $85 million it reported in 2020
- It has over one million users on its mobile and desktop platforms

## FTX overview

| Launch date | May 2019 |
|---|---|
| HQ | Antigua and Barbuda |
| People | Sam Bankman-Fried (CEO, co-founder), Gary Wang (co-founder) |
| Business type | Private |
| Industry | Cryptocurrency |

## FTX revenue

FTX generated $1 billion revenue in 2021, over 1000% more than it made in the previous year.

### FTX annual revenue 2019 to 2021 ($mm)

| Year | Revenue ($mm) |
|---|---|
| 2019 | 7.2 |
| 2020 | 85 |
| 2021 | 1021 |

Source: Company data

## FTX net income

FTX made $388 million net income in 2021, over 2000% more than it made in 2020.

### FTX annual net income 2020 to 2021 ($mm)

| Year | Net Income ($mm) |
|---|---|
| 2020 | 17 |
| 2021 | 388 |

Source: Company data

## FTX users

FTX has 1.2 million registered users across its platforms, although it has not updated this stat since the start of 2021.

| Year | |
|---|---|
| 2019 | 0.1 |
| 2020 | 1 |
| 2021 | 1.2 |

*Note: Users across all FTX platforms (Blockfolio, FTX Pro and desktop). Source: Company data*

## FTX peak trading volume

FTX managed to quadruple its peak 24 hour trading volume in 2021, reaching $21 billion.

### FTX peak 24 hour trading volume 2020 to 2021 ($bn)

| Year | Peak trading volume ($bn) |
|---|---|
| 2020 | 7 |
| 2021 | 21 |

*Source: Company data*

## FTX annual crypto exchange volume

FTX managed $719 billion in crypto exchange last year, an 89% increase on the previous year.

### FTX annual crypto exchange volume 2019 to 2021 ($bn)

| Year | Annual crypto volume ($bn) |
|---|---|
| 2019 | 27 |
| 2020 | 385 |
| 2021 | 719 |

*Source: Company data*

## FTX peak trading volume vs competitors

Subscribe

Business of Apps

Marketplace    News    Insights    Podcast             Advertise



Want to learn more? Read our cryptocurrency sector profile

## FTX FAQ

**What is FTX most recent valuation?**

FTX was valued at $18 billion in a funding round led by SoftBank in July (Bloomberg)

**What is the average trading volume on FTX?**

There was $10bn trading volume daily on FTX in June 2021

**What does FTX sponsor?**

FTX has naming rights for the Miami Heat stadium, e-sports organisation TeamSolo Mid and Mercedes-AMG F1 team

**How much did FTX pay for Blockfolio?**

FTX acquired Blockfolio for $150 million in August 2020

## More Finance App Data

Cash App Revenue and Usage Statistics (2023)

Monzo Revenue and Usage Statistics (2023)

Chime Revenue and Usage Statistics (2023)

Binance Revenue and Usage Statistics (2023)

NuBank Revenue and Usage Statistics (2023)



Klarna Revenue and Usage Statistics (2023)

Robinhood Revenue and Usage Statistics (2023)

Revolut Revenue and Usage Statistics (2023)

Coinbase Revenue and Usage Statistics (2023)

## Business of Apps

Get the latest app industry news, analysis and insights.

Join

By signing up you agree to our privacy policy. You can opt out anytime.

## Connecting the App Industry

Marketplace | News & Insights | Data | Events

### Site Info

About Us
Advertise
Write for Us
Submit News Story
Badges
Privacy Policy
Contact Us

### Follow Us

Linked In
Twitter
Facebook
YouTube
RSS