UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIR LAHAV,<br><br>      Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>      Defendants. | Case No.  23-cv-05038-TLT<br><br>**INITIAL CASE & ADR DEADLINES FOR CLASS ACTIONS SUBJECT TO PRIVATE SECURITIES LITIGATION REFORM ACT (PSLRA)** |

IT IS HEREBY ORDERED that this action is assigned to the Honorable Trina L. Thompson . When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, a copy of the "Model Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions", a copy of the "Sample Confidentiality Order", and all other documents specified in Civil Local Rule 4-2.  Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR webpage.

| **INITIAL CASE & ADR DEADLINES** | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 10/2/2023 | Complaint filed with requisite certificate | Civil L.R. 3-7(b) |
| 10/23/2023 | Last day for plaintiff to file copy of notice | Civil L.R. 23-1(a) |
| **60 days after publication of notice** | Last day to file motion to serve as lead plaintiff | Civil L.R. 23-1(b) |
| 12/14/2023 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>*If the Initial Case Management Conference is continued, this deadline is continued to 21 days in advance of the* | F.R. Civ. P 26(f) & ADR L.R. 3-5 |

| | | |
|---|---|---|
| | *Initial Case Management Conference (unless otherwise ordered).* | |
| 12/28/2023 | Last day to file Case Management Statement<br><br>*If the Initial Case Management Conference is continued, this deadline is continued to 7 days in advance of the Initial Case Management Conference (unless otherwise ordered).* | Standing Order for All Judges of N.D. Cal., F.R. Civ. P 26(a)(1), & Civil L.R. 16-9 |
| 1/4/2024 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 2:00 PM in Courtroom 9, 19th Floor<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Civil L.R. 16-10 |