1  Deepali A. Brahmbhatt (SBN 255646)
   Email: dbrahmbhatt@devlinlawfirm.com
2  DEVLIN LAW FIRM LLC
   3120 Scott Blvd. #13,
3  Santa Clara, CA 95054
   Telephone:      (650) 254-9805
4
5  Timothy Devlin (*pro hac vice* pending)
   Email: tdevlin@devlinlawfirm.com
   Devlin Law Firm LLC
6  1526 Gilpin Avenue
   Wilmington, DE 19806
7  Telephone: (302) 449-9010

8  Curtis E. Smolar (SBN 194700)
   Email: curtis@corexlegal.com
9  Corexlegal PA
   450 Townsend Street, Suite 207
10 San Francisco, CA 94107

11 *Attorneys for Plaintiff and the Class*
   *Nir Lahav on behalf of himself and all others similarly situated*
12
13                     **UNITED STATES DISTRICT COURT**

14                     **NORTHERN DISTRICT OF CALIFORNIA**
                             **Oakland Division**

| 15 | Nir Lahav, on behalf of himself and all others similarly situated, | Case No. **3:23-cv-05038-TLT** |
|---|---|---|
| 16 | | **CLASS ACTION COMPLAINT** |
| 17 | Plaintiff, | **CERTIFICATE** |
| 18 | vs. | |
| 19 | BINANCE HOLDINGS LIMITED, | **DEMAND FOR JURY TRIAL** |
| 20 | BAM TRADING SERVICES INC. BAM MANAGEMENT US HOLDINGS INC. AND | |
| 21 | CHANGPENG ZHAO | |
| 22 | Defendants. | |

Case No3:23-cv-05038-TLT.
**CLASS ACTION COMPLAINT CERTIFICATE**

# CERTIFICATE

I, Nir Lahav hereby certify as follows:

1. I have reviewed the complaint and authorized its filing.

2. I did not engage in transactions in the securities which are subject of the action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. I have made no transactions during the class period in the debt or equity securities that are the subject of the action. I had cryptocurrency in a FTX Trading Platform during the class period. I do not have any cryptocurrency or ownership in any of Defendants' trading platforms or entities.

5. I have not, within the three years preceding the date of the certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

6. I will not accept any payment for serving as representative on behalf of a class beyond my pro rata share of any recovery, except reimbursement of such reasonable costs and expenses as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this October 3rd, 2023.



Nir Lahav

## COUNSEL CERTIFICATE

I, Deepali Brahmbhatt hereby certify as follows:

1. I do not directly own or otherwise have a beneficial interest in securities that are the subject of the action.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this October 3rd, 2023.

/s/ Deepali Brahmbhatt  
Deepali Brahmbhatt

**COUNSEL CERTIFICATE**

I, Curtis E. Smolar hereby certify as follows:

1. I do not directly own or otherwise have a beneficial interest in securities that are the subject of the action.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this October 3rd, 2023.

/s/ Curtis E. Smolar

Curtis E. Smolar

## COUNSEL CERTIFICATE

I, Timothy Devlin, hereby certify as follows:

1.    I do not directly own or otherwise have a beneficial interest in securities that are the subject of the action.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this October 3rd, 2023.

/s/ Timothy Devlin

Timothy Devlin

## SIGNATURE ATTESTATION

Pursuant to Civ. L. R. 5-1(i)(3), I hereby certify that in the filing of this document I have obtained signatures from each of the other signatories shown above.

/s/ Deepali Brahmbhatt

Deepali Brahmbhatt
