UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIR LAHAV,

　　　　Plaintiff(s),

　　v.

BINANCE HOLDINGS LIMI,

　　　　Defendant(s).

Case No. 23-cv-05038-TLT

(**CORRECTED**)
**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Timothy Devlin, an active member in good standing of the bar of Delaware, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Nir Lahav in the above-entitled action. My local co-counsel in this case is Deepali A. Brahmbhatt, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 255646.

| Devlin Law Firm LLC | Devlin Law Firm |
|---|---|
| 1526 Gilpin Avenue, Wilmington, DE 19806 | 3120 Scott Blvd., #13, Santa Clara, CA 95054 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (302) 449-9010 | (650) 254-9805 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| tdevlin@devlinlawfirm.com | dbrahmbhatt@devlinlawfirm.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4241.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/03/2023                                                                  Timothy Devlin
                                                                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Timothy Devlin  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Timothy Devlin** was admitted to practice as an attorney in the Courts of this State on **December 17, 2002,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.



IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 22nd day of August 2023.

Lisa A. Dolph
Clerk of the Supreme Court