Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone: (650) 254-9805

Timothy Devlin (*pro hac vice*)
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Curtis E. Smolar (SBN 194700)
Email: curtis@corexlegal.com
Corexlegal PA
450 Townsend Street, Suite 207
San Francisco, CA 94107

*Attorneys for Plaintiff and the Class*
*Nir Lahav on behalf of himself and all*
*others similarly situated*

Daniel J. Tyukody (SBN 123323)
tyukody@gtlaw.com
Alex Linhardt (SBN 303669)
linhardt@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

*Attorneys for Defendants*
*Binance Holdings Limited, and*
*Changpeng Zhao*

Daniel T. Stabile (PHV forthcoming)
dstabile@winston.com
Adam M. Foslid (PHV forthcoming)
afoslid@winston.com
WINSTON & STRAWN LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, Florida 33131
Telephone: 305.910.0500

Jeffrey L. Steinfeld (SBN 294848)
jlsteinfeld@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071

*Attorneys for Defendants*
*BAM Trading Services Inc., and BAM*
*Management US Holdings Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIR LAHAV, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO, <br><br> Defendants. | **CLASS ACTION** <br><br> CASE NO.: 3:23-cv-05038-TLT <br><br> **HON. TRINA L. THOMPSON** <br><br> **STIPULATION TO SET COORDINATED BRIEFING SCHEDULE; [PROPOSED] ORDER** <br><br> Courtroom:  9 |

Plaintiff Nir Lahav ("Plaintiff"), and Defendants Binance Holdings Limited ("Binance"), BAM Trading Services Inc. ("BAM Trading"), BAM Management US Holdings Inc. ("BAM Management"), and Changpeng Zhao ("Zhao" and collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on October 2, 2023, Plaintiff filed this Complaint alleging *inter alia* a federal securities and consumer protection class action against the Defendants;

WHEREAS, on October 6, 2023, BAM Trading and BAM Management were served through their authorized agents and response to the Complaint is due on October 27, 2023;

WHEREAS, on October 20, 2023, Plaintiff sent foreign defendants Binance and Zhao waivers of service of process under Rule 4 of the Federal Rules of Civil Procedure ("FRCP"), and it is Binance's and Zhao's intent to agree to waive process pursuant to Rule 4 of the FRCP and response to the Complaint is due on January 18, 2024;

WHEREAS, private securities actions are subject to the procedural requirements of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §§ 78-u-4;

WHEREAS, among these are the requirements that a plaintiff publish "in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class of the pendency of the action … and that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class" 15 U.S.C. § 78u-4(a)(3)(A)(i);

WHEREAS, on October 23, 2023, Plaintiff filed the required notice with the Court (Dkt. No. 14), meaning that other potential plaintiffs have the statutory time period up to December 4, 2023 to move to be appointed lead plaintiff;

WHEREAS, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(i), the Court "shall appoint as lead plaintiff the member or members of the purported plaintiff class that the court determines to be most capable of adequately representing the interests of class members";

WHEREAS, as of the date of filing of this stipulation, the parties are not aware of

any other related actions that are filed in this district or any other district in the United States, the Court's appointment of lead plaintiff is pending, and it would be in the interest of judicial efficiency, and Rule 1 of the FRCP which seeks "the just, speedy, and inexpensive determination" of a case, for Defendants to respond to the Complaint (or any subsequent amended complaint), at a reasonable time after the Court makes the lead plaintiff appointment, and thereafter, lead plaintiff's decision regarding how to proceed. *See* Ann. Manual Complex Lit. § 31.4 (4th ed.) ("Immediately after assignment of the litigation, the judge should consider entering an order suspending the time for all defendants to respond to the complaint in cases where a motion to consolidate is pending or a lead plaintiff has not been selected, as the initial complaint is likely to be amended.").

**NOW, THEREFORE**, the Parties stipulate and agree, subject to the Order of the Court, that:

1. Defendants shall have no obligation to respond to the Complaint until after the Court appoints lead plaintiff pursuant to the requirements of the Reform Act.

2. Once the Court appoints lead plaintiff, lead plaintiff within thirty (30) days shall elect to proceed with the existing Complaint, or file an amended consolidated Complaint.

3. Defendants shall then have forty-five (45) days after the date of filing of the Complaint by the lead plaintiff to respond to the Complaint or any amended complaint.

4. If Defendants file a motion to dismiss, Plaintiff(s) shall have forty-five (45) days in which to file an opposition brief.

5. Defendants shall have thirty (30) days thereafter to file their reply brief.

6. All parties agree that ECF filing on this Court's docket will constitute service on all of the parties.

**IT IS SO STIPULATED.**

DATED:  October 26, 2023          DEVLIN LAW FIRM


By /s/Deepali A. Brahmhbatt
Deepali A. Brahmbhatt

Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone: (650) 254-9805

Timothy Devlin (*pro hac vice* pending)
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Curtis E. Smolar (SBN 194700)
Email: curtis@corexlegal.com
Corexlegal PA
450 Townsend Street, Suite

*Attorneys for Plaintiff and the Class*
*Nir Lahav on behalf of himself and all others*
*similarly situated*


DATED:  October 26, 2023          GREENBERG TRAURIG, LLP


By /s/Daniel J. Tyukody
Daniel J. Tyukody
Alex Linhardt

*Attorneys for Defendants*
*Binance Holdings Limited, and Changpeng Zhao*

STIPULATION TO SET COORDINATED BRIEFING SCHEDULE

DATED:  October 26, 2023    WINSTON & STRAWN LLP


       By /s/ Daniel T. Stabile
        Daniel T. Stabile
        Adam M. Foslid
        Jeffrey L. Steinfeld

        *Attorneys for Defendants*
        *BAM Trading Services Inc., and BAM Management*
        *US Holdings Inc.*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____, 2023  _____

          HON. TRINA L. THOMPSON
          UNITED STATES DISTRICT JUDGE

STIPULATION TO SET COORDINATED BRIEFING SCHEDULE

## ATTESTATION PURSUANT TO L.R. 5-1(i)(3)

I hereby attest that all signatories listed, on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

/s/ Deepali Brahmbhatt

Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone: (650) 254-9805

STIPULATION TO SET COORDINATED BRIEFING SCHEDULE