Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone: (650) 254-9805

Timothy Devlin (*pro hac vice*)
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Curtis E. Smolar (SBN 194700)
Email: curtis@corexlegal.com
Corexlegal PA
450 Townsend Street, Suite 207
San Francisco, CA 94107

*Attorneys for Plaintiff Nir Lahav, on behalf of himself and all others similarly situated*

Daniel J. Tyukody (SBN 123323)
tyukody@gtlaw.com
Alex Linhardt (SBN 303669)
linhardt@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

*Attorneys for Defendants Binance Holdings Limited and Changpeng Zhao*

Daniel Tramel Stabile (*pro hac vice*)
dstabile@winston.com
Jeffrey L. Steinfeld (SBN 294848)
jlsteinfeld@winston.com
Adam M. Foslid (*pro hac vice*)
afoslid@winston.com
Thania Charmani (*pro hac vice*)
ACharmani@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone:   (310) 615-1700
Facsimile:   (310) 615-1750

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIR LAHAV, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | CASE NO.: 3:23-cv-05038-TLT<br><br>**CLASS ACTION**<br><br>**HON. TRINA L. THOMPSON**<br><br>**COURTROOM 9**<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Plaintiff Nir Lahav ("Plaintiff") and Defendants Binance Holdings Limited ("Binance"), BAM Trading Services Inc. ("BAM Trading"), BAM Management US Holdings Inc. ("BAM Management"), and Changpeng Zhao ("Zhao" and collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on October 2, 2023, Plaintiff filed a putative class action complaint (the "Complaint") alleging, *inter alia*, that Defendants violated federal securities laws and consumer protection laws, and subsequently filed a corrected summons consolidating all Defendants in a single document on October 3, 2023;

WHEREAS, private securities actions are subject to the procedural requirements of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4, which establishes a mandatory procedure for the Court's selection of lead plaintiff and lead counsel;

WHEREAS, on October 3, 2023, the Court scheduled an Initial Case Management Conference for January 4, 2024 (Dkt Nos. 4-5);

WHEREAS, on October 30, 2023, pursuant to a stipulation by the parties, the Court ordered that Defendants shall have no obligation to respond to the Complaint until after the Court appoints a lead plaintiff pursuant to the requirements of the PSLRA, and the Court further set a pleading schedule for lead plaintiff, once appointed, to elect to proceed with the existing Complaint or file an amended consolidated complaint and for Defendants to file a response (Dkt. No. 23);

WHEREAS, on December 4, 2023, Plaintiff filed his Motion to Appoint Lead Plaintiff and Lead Counsel, and scheduled it to be heard on December 19, 2023 (Dkt. No. 29);

WHEREAS, the Court subsequently continued the hearing on Plaintiff's Motion to Appoint Lead Plaintiff and Lead Counsel to March 26, 2024 (Dkt. No. 30);

WHEREAS, on December 19, 2023, Plaintiff filed a Re-Notice of Motion to Appoint Lead Plaintiff and Lead Counsel with a corrected class definition that mirrored language from the Complaint (Dkt. Nos. 31-32);

WHEREAS, the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), provides that all discovery and other proceedings in this action are stayed prior to resolution of Defendants' motions to dismiss;

WHEREAS, there has been no appointment of lead plaintiff or lead counsel in this action, and the parties agree that because the pleadings are not yet set and in light of the PSLRA's discovery stay unless the Court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party, good cause exists and it would be in the interest of judicial efficiency to continue the Initial Case Management Conference and related deadlines until after the Court appoints lead plaintiff and lead counsel and rules on Defendants' anticipated motions to dismiss.

**NOW, THEREFORE**, **IT IS HEREBY STIPULATED**, by and between the undersigned, subject to the Order of the Court, that:

The Initial Case Management Conference currently set for January 4, 2024 at 2:00 p.m. and all associated deadlines are continued *sine die* until after the Court appoints lead plaintiff and lead counsel, and rules on Defendants' anticipated motions to dismiss. All related deadlines, including ADR requirements and the filing of the Joint Case Management Statement, will be continued to run from the continued date for the Initial Case Management Conference.

**IT IS SO STIPULATED.**

DATED: December 26, 2023                    DEVLIN LAW FIRM

                                            By */s/ Deepali A. Brahmbhatt*

                                            Deepali A. Brahmbhatt (SBN 255646)
                                            Email: dbrahmbhatt@devlinlawfirm.com
                                            DEVLIN LAW FIRM LLC
                                            3120 Scott Blvd. #13,
                                            Santa Clara, CA 95054
                                            Telephone: (650) 254-9805

                                            Timothy Devlin (*pro hac vice* pending)
                                            Email: tdevlin@devlinlawfirm.com
                                            Devlin Law Firm LLC
                                            1526 Gilpin Avenue
                                            Wilmington, DE 19806
                                            Telephone: (302) 449-9010

                                            Curtis E. Smolar (SBN 194700)
                                            Email: curtis@corexlegal.com
                                            Corexlegal PA
                                            450 Townsend Street, Suite 207

                                            *Attorneys for Plaintiff Nir Lahav, on behalf of himself and all others similarly situated*

| | | |
|---|---|---|
| 1 | DATED:  December 26, 2023 | GREENBERG TRAURIG, LLP |
| 2 | | |
| 3 | | By */s/ Daniel J. Tyukody* |
| 4 | | Daniel J. Tyukody<br>Alex Linhardt |
| 5 | | *Attorneys for Defendants* |
| 6 | | *Binance Holdings Limited and Changpeng Zhao* |
| 7 | DATED:  December 26, 2023 | WINSTON & STRAWN LLP |
| 8 | | |
| 9 | | By */s/ Jeffrey L. Steinfeld* |
| 10 | | Daniel Tramel Stabile (*pro hac vice*)<br>Jeffrey L. Steinfeld |
| 11 | | Adam M. Foslid (*pro hac vice*)<br>Thania Charmani (*pro hac vice*) |
| 12 | | *Attorneys for Defendants* |
| 13 | | *BAM Trading Services Inc. and BAM Management US Holdings Inc.* |

Pursuant to Civil L.R. 5-1(i)(3) all signatories concur in filing this stipulation.

DATED:  December 26, 2023          */s/ Daniel J. Tyukody*
                                                              Daniel J. Tyukody

                                   *     *     *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 20____          _____
                                                                      HON. TRINA L. THOMPSON
                                                                      UNITED STATES DISTRICT JUDGE